# UNITED STATES DISTRICT COURT

## DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

CALIXTO ESPEL, JR., A/K/A "PICO"

WARRANT FOR ARREST

Case Number: 04-m00010-LPC

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **CALIXTO ESPEL, JR., A/K/A "PICO"**

Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ INDICTMENT  ☐ INFORMATION  ☐ COMPLAINT  ☐ ORDER OF COURT  ☐ VIOLATION OF NOTICE  ☐ PROBATION VIOLATION PETITON

CHARGING HIM OR HER WITH (brief description of offense)

**Distribution of cocaine**

in violation of Title __21__ United States Code, Section(s) __841(a)(1)__.

_Lawrence P Cohen_
Name of Issuing Officer

_[signature]_
Signature of Issuing Officer

_U.S. Magistrate Judge_
Title of Issuing Officer

Boston, MA; August 4, 2004
Date and Location

Bail fixed at $ _____  BY _____

| RETURN |
|---|
| THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE NAMED DEFENDANT AT |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER  WARRANT EXECUTED BY  ARREST/ARRAIGNMENT OF DEFENDANT ON 8/5/04 | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |