## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. *04-10269-GAO* |
| V. | VIOLATIONS: |
| ESPEL CALIXTO, JR. A/K/A "PICO" | 21 U.S.C. § 846– Conspiracy to Distribute Cocaine |
| | 21 U.S.C.§ 841(a)(1)-- Distribution of Cocaine |
| | 18 U.S.C. § 2--Aiding And Abetting |
| | 21 U.S.C. § 853-- Criminal Forfeiture |

### INDICTMENT

**COUNT ONE:**     **(21 U.S.C. § 846 -- Conspiracy To Distribute Cocaine)**

The Grand Jury charges that:

From a time unknown to the Grand Jury, but at least by in or about July, 2004, and continuing thereafter until at least August 4, 2004, in Woburn and elsewhere the District of Massachusetts,

### CALIXTO ESPEL, JR., A/K/A "PICO,"

the defendant herein, did knowingly and intentionally conspire and agree with persons known and unknown to the Grand Jury, to possess with intent to distribute, and to distribute cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

The Grand Jury further alleges that the offense described herein was committed by the defendant within one thousand feet of the real property comprising a public housing project, more particularly, the Creston Avenue Housing Project in Woburn, Massachusetts, in violation of Title 21, United States Code, Section 860.

All in violation of Title 21, United States Code, Section 846.

-2-

<u>COUNT TWO</u>:    **(21 U.S.C. § 841(a)(1) -- Distribution of Cocaine;**
                **18 U.S.C. § 2--Aiding and Abetting)**

The Grand Jury further charges that:

On or about August 3, 2004, at Woburn in the District of Massachusetts,

**CALIXTO ESPEL, JR., A/K/A "PICO,"**

the defendant herein, did knowingly and intentionally possess with intent to distribute, and did distribute cocaine, a Schedule II controlled substance.

The Grand Jury further alleges that the offense described herein was committed by the defendant within one thousand feet of the real property comprising a public housing project, more particularly, the Creston Avenue Housing Project in Woburn, Massachusetts, in violation of Title 21, United States Code, Section 860.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

**COUNT THREE:**   **(21 U.S.C. § 841(a)(1) -- Distribution** of Cocaine;
**18 U.S.C. § 2--Aiding and Abetting)**

The Grand Jury further charges that:

On or about August 4, 2004, at Woburn in the District of Massachusetts,

**CALIXTO ESPEL, JR., A/K/A "PICO,"**

the defendant herein, did knowingly and intentionally possess with intent to distribute, and did distribute cocaine, a Schedule II controlled substance.

The Grand Jury further alleges that the offense described herein was committed by the defendant within one thousand feet of the real property comprising a public housing project, more particularly, the Creston Avenue Housing Project in Woburn, Massachusetts, in violation of Title 21, United States Code, Section 860.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

-4-

## NOTICE OF ADDITIONAL FACTORS

The Grand Jury further finds that:

1.    At the time he committed the offenses charged in counts 1-3 of the Indictment, defendant **CALIXTO ESPEL, JR., A/K/A "PICO,"** was at least eighteen years old and had two or more prior felony convictions of either a crime of violence or a controlled substance offense.  Accordingly, U.S.S.G. §§ 4B1.1 & 4B1.2 apply to the defendant.

-5-

## FORFEITURE ALLEGATION

### (21 U.S.C. § 853)

The Grand Jury further charges that:

1.    As a result of the offenses alleged in Counts 1 through 3 of this Indictment,

### CALIXTO ESPEL, JR., A/K/A "PICO,"

defendant herein, shall forfeit to the United States any and all property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of such offenses; and/or any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, any such violations.  The property to be forfeited under this paragraph shall include, but is not limited to, all funds on deposit in Citizens Bank savings account number 1153963351, held in the name of Espel Calixto and Maria Mas.

2.    If any of the property described in paragraph 1, above, as a result of any act or omission of the defendants --

> (a)    cannot be located upon the exercise of due diligence;
>
> (b)    has been transferred or sold to, or deposited with, a third party;
>
> (c)    has been placed beyond the jurisdiction of the Court;
>
> (d)    has been substantially diminished in value; or
>
> (e)    has been commingled with other property which cannot be subdivided without difficulty;

-6-

it is the intention of the United States, pursuant to Title 21,
United States Code, Section 853(p), to seek forfeiture of any
other property of the defendants up to the value of the property
described in paragraph 1.

All in violation of Title 21, United States Code, Section
853.

A TRUE BILL,


FOREPERSON OF THE GRAND JURY

*Deputy Foreperson*


JOHN A. WORTMANN, JR.
KRISTINA BARCLAY
ASSISTANT U.S. ATTORNEYS


DISTRICT OF MASSACHUSETTS          1st of September, 2004

        Returned into the District Court by the Grand Jurors and
filed.

                                    Deputy Clerk

                        3:45pm .


- 8 -