UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Criminal No. 04-10269-GAO |
| | ) | |
| | ) | |
| **ESPEL CALIXTO, JR.** | ) | |

### JOINT STATUS REPORT

Pursuant to Local Rule 116.5(C), the parties are hereby jointly filing the following Status Report prepared in connection with the Interim Status Conference scheduled for December 19, 2004.

1. <u>Outstanding Discovery Issues</u>

There are presently no outstanding discovery motions or issues.

2. <u>Additional Discovery</u>

The government will provide expert discovery 21 days before trial. The defendants will provide expert discovery 7 days before trial. No party presently anticipates producing or requesting any other additional discovery.

3. <u>Insanity/ Public Authority Defenses</u>

The defendant does not presently intend to raise a defense of insanity or public authority.

4. <u>Notice of Alibi</u>

The government requested a Notice of Alibi in its Automatic

1

Discovery Letter.  No response has been received to that request as of this date.

    5. Motions

The defendants is reserving his right to file other pretrial motions that could require a ruling by the District Court.  The defendant does not anticipate filing a motion to suppress or to dismiss.

    6. Scheduling

The parties believe a trial is likely in this case.  The defendant is presently attempting to vacate one or more of the fdefendant's prior convictions and requests that an additional status conference be held.   The government takes no position on this request and is asking that the case be instead sent to the district court for purposes of scheduling a Pretrial Conference.

    7. Early Case Resolution

As is set forth above, the parties believe a trial is likely in this case.

    8. Speedy Trial Act Calculations

The parties have conferred on the periods excludable from all Speedy Trial Act calculations and agree that the following periods are excludable:

| | |
|---|---|
| 9/16/04-10/14/04 | Excluded per order dated 9/16/04 |
| 10/29/04-12/7/04 | Excluded per order dated 10/28/04 |
| 12/08/04- | Excludable based on defendant's |

```
     Final Status Conf    unavailability and request for
                          continuance on 12/7/04
```

The parties therefore agree that, As of the Final Status Conference, 28 days will have been counted and 42 days will remain under the Speedy Trial Act.

9. <u>Length of Trial</u>

In the event that a trial is required, the parties estimate that it will last 3-5 days.

Respectfully submitted,

MICHAEL J. SULLIVAN
UNITED STATES ATTORNEY

By: <u>/s John A. Wortmann, Jr.</u>
    JOHN A. WORTMANN, JR.
    Assistant U.S. Attorneys
    One Courthouse Way
    Boston, MA
    (617) 748-3207


<u>  /s Francis O'Brien, Jr.         </u>
FRANCIS O'BRIEN, JR., ESQ.
Wheeler & O'Brien
160 State Street
Boston, MA 02109
617-973-5858
Attorneys for Espel Calixto, Jr.
