UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | Criminal No. 04-10269-GAO |
| ) | |
| **ESPEL CALIXTO, JR.** ) | |

**MOTION FOR PRETRIAL CONFERENCE**

The United States of America, by its undersigned counsel, hereby moves that a pretrial conference be held in this matter. As grounds therefore, the government states that the parties appeared before Magistrate Judge Cohen on January 18, 2005 at which time the Magistrate Judge indicated that he intended to send the case to the district court. Although it appears that the defendant will be seeking more time to explore the implications of <u>Fanfan</u> and <u>Booker</u> and to decide whether he wishes to plead guilty, a pretrial conference is never theless in the interest of justice to deal with, among other things, scheduling and speedy trial issues. The government therefore requests that an initial pretrial conference be set up at the court's earliest convenience.

Respectfully submitted,

MICHAEL J. SULLIVAN
UNITED STATES ATTORNEY

By: <u>/s John A. Wortmann, Jr.</u>
JOHN A. WORTMANN, JR.
Assistant U.S. Attorney
One Courthouse Way
Boston, MA
(617) 748-3207

CERTIFICATE OF SERVICE

    This is to certify that I served a copy of this motion on counsel for Angel Cruz by mail.

                                      By:  <u>/s John A. Wortmann, Jr.</u>
                                                JOHN A. WORTMANN, JR.