```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
                         )
        v.               )    Cr. No. 04-10269-GAO
                         )
ESPEL CALIXTO,           )
   Defendant.            )
```

## NOTICE OF APPEARANCE

To the Clerk:

    Please enter my appearance as counsel for the United States of America in the above-captioned matter in substitution for John Wortmann.  Please direct all future correspondence to me.

                                Respectfully submitted,

                                MICHAEL J. SULLIVAN

                                United States Attorney

```
                         /s/ PETER K. LEVITT
                    By:  PETER K. LEVITT
                         Assistant U.S. Attorney
                         (617) 748-3355
```

Dated: May 9, 2005