UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 04-10269-GAO |
| V. | |
| ESPEL CALIXTO, JR. | |

### MOTION TO CONTINUE TRIAL DATE (ASSENTED TO)

Now comes the defendant, and respectfully moves this Honorable Court to continue the presently scheduled September 12, 2005 trial date.

As grounds for this request, the defendant states that he and undersigned counsel are in the process of attempting to vacate prior state convictions which the instant prosecution relies upon as predicate offenses. The process has been complicated by the death of one prior attorney, the out of state retirement of another prior attorney, the difficulty of obtaining all of the requisite files from prior cases, and transportation logistics occasioned by his federal custody status. It will not be possible to have the state matters resolved by September 12, 2005. The defendant has specifically requested that counsel advance this motion in order that he may properly exhaust his state remedies.

The government, through A.U.S.A Peter Levitt, assents to this motion and further notes that A.U.S.A. Levitt has two unrelated cases scheduled, the preparation and trial of which will potentially conflict with the instant case.

| | |
|---|---|
| Assented to: | Respectfully submitted, |
| | Espel Calixto, Jr., |
| | By his attorney, |
| Peter Levitt | |
| Assistant United States Attorney | |
| | Francis T. O'Brien, Jr. |
| | BBO # 548457 |
| | 160 State Street, 8th Floor |
| | Boston, MA  02109 |
| | 617-973-5858 |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion was delivered in hand to:

A.U.S.A. Peter Levitt
United States Attorney's Office
Suite 9200
U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

Dated: August 2, 2005

_____
Francis T. O'Brien, Jr.