UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| V. | ) NO. 04-10269-GAO |
| | ) |
| ESPEL CALIXTO, JR. | ) |

## MOTION TO CONTINUE TRIAL DATE AND PRETRIAL CONFERENCE DATE (ASSENTED TO)

Now comes the defendant and respectfully moves this Honorable Court to continue the December 12, 2005 trial date for a period of 120 days. The defendant agrees that this time is excludable under the Speedy Trial Act, 18 U.S.C. s. 3161 et. seq.

As grounds for this motion the defendant states that he has filed a Motion to Vacate Guilty Plea and for New Trial on the state criminal court convictions which are predicate offenses for his career offender status in the instant case. The requested continuance will permit the motions to be determined by the respective state courts.

The defendant further moves that the December 1, 2005 pretrial conference date be continued. In addition to the foregoing grounds, the defendant states that he will be traveling in connection with an appearance before the United States District Court for the Western District of Texas (El Paso), in United States v. Catano, and will be unable to appear before this Court on December 1, 2005.

Assented to:

_____
Peter Levitt
Assistant United States Attorney

Respectfully submitted,
Defendant, by his attorney,

_____
Francis T. O'Brien, Jr.
BBO # 548457
160 State Street, 8th Floor
Boston, MA 02109
617-973-5858

### CERTIFICATE OF SERVICE

I hereby certify that a copy of this motion has been served in hand to A.U.S.A. Peter Levitt, U.S. Attorney's Office, Suite 9200 U.S. Courthouse, 1 Courthouse Way, Boston, MA 02210

Dated: 11/29/05

_____
Francis T. O'Brien, Jr.