## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| v. | ) ) | Crim. No. 04-10269-GAO |
| ESPEL CALIXTO, JR.,<br>      Defendant. | ) ) ) ) | |

### NOTICE OF APPEARANCE

Now comes the undersigned Assistant United States Attorney and hereby notices her appearance as counsel for the United States of America in the above captioned criminal action.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

Date: February 21, 2006

By:   */s/ Lisa M. Asiaf*
LISA M. ASIAF
Assistant U.S. Attorney
Tel: (617) 748-3268

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 21, 2006.

*/s/ Lisa M. Asiaf*
LISA M. ASIAF
Assistant U.S. Attorney