**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Crim. No. 04-10269-GAO |
| ESPEL CALIXTO, JR., | ) ) | |
| Defendant. | ) ) | |

**JOINT MOTION TO CONTINUE TRIAL DATE**
**AND SCHEDULE RULE 11 HEARING**

The United States and the defendant, Espel Calixto, Jr. ("Calixto"), through their undersigned counsel, jointly move this Honorable Court to: (i) continue the Final Pretrial Conference set for March 23, 2006, and the Trial set for April 3, 2006, and (ii) schedule a Rule 11 Hearing in their stead on a date that is convenient for the Court on or after April 26, 2006. In support of this motion, the parties state as follows:

1. This Honorable Court has scheduled this matter for trial beginning Monday, April 3, 2006, with a Final Pretrial Conference to be held on March 23, 2006. The Court noted that no further continuances of the trial date would be allowed. As such, the government's "21-day discovery" is currently due next Monday, March 13, 2006.

2. In light of these upcoming deadlines, the parties have discussed the possibility of resolving this matter without the need for a trial.

3. On March 8, 2006, defense counsel informed undersigned counsel for the government that Calixto has decided to plead guilty to all charges set forth in the Indictment in this matter. Counsel for the defendant has requested that the government send him a draft Plea Agreement rather than any "21-day discovery."

4. The parties estimate that it will take approximately six (6) weeks to finalize the terms of a Plea Agreement.

5. Counsel for the defendant also requests this additional time to finalize matters related to pending motions to vacate Calixto's state court convictions.

6. In addition, the undesigned Assistant U.S. Attorney was just assigned to handle the trial (and/or plea) in this case. See Notice of Appearance filed on February 21, 2006. As such, the government joins this motion for a final extension to settle the terms of a Plea Agreement. More importantly, having been advised that Calixto has decided to plead guilty to the charges in this matter, the government requests a continuance of the Trial date in order to remove the current "21-day discovery" deadline of March 13, 2006, as well as the need to serve trial subpoenas within the next several days.

7. In light of the above, the parties agree that the ends of justice served by granting the relief requested in this motion outweigh the best interests of the public and the defendants in a speedy trial. As such, the parties jointly move that the time between the filing of this motion and the Rule 11 hearing to be scheduled by the Court be excluded from the Speedy Trial Act calculations pursuant to 18 U.S.C. §3161(h)(8)(A).

WHEREFORE, the parties jointly request that this Honorable Court: (i) continue the Final Pretrial Conference and Trial dates, which are currently set for March 23, 2006 and April 3, 2006, respectively, and (ii) schedule a Rule 11 Hearing on or about April 26, 2006, in their

stead.  The parties also request that the Court exclude the time under the Speedy Trial Act accordingly.

Respectfully submitted,

| | |
|---|---|
| MICHAEL J. SULLIVAN, | ESPEL CALIXTO, JR., |
| United States Attorneys, | By his attorney, |
| | |
| By:  ___/s/ *Lisa M. Asiaf*_____ | ___/s/ *Francis T. O'Brien, Jr.*_____ |
| LISA M. ASIAF | FRANCIS T. O'BRIEN, JR, Esq. |
| Assistant U.S. Attorney | Law Offices of Francis T. O'Brien, Jr. |
| One Courthouse Way | 160 State Street, 8th Floor |
| Boston, MA 02210 | Boston, MA 02109 |
| Tel:  (617) 748-3268 | Tel: (617) 973-5858 |

Dated: March 10, 2006