UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2006 APR 13 P 3:58
U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO. 04-CR-10269-GAO |
| ) |  |
| V. ) |  |
| ) |  |
| ESPEL CALIXTO, JR. ) |  |

## MOTION TO CONTINUE RULE 11 HEARING DATE (ASSENTED TO)

Now comes the defendant, and respectfully moves this Honorable Court to continue the presently scheduled April 27, 2006 Rule 11 hearing date, until June 12, 14, or 15, 2006.

As grounds for this request, the defendant states that he timely notified the government of his intention to plead guilty. Since that time, the parties have been attempting to negotiate a plea agreement. However, this has been complicated by the fact that the defendant continues to be under medical quarantine at the Plymouth County Jail, due to an illness suffered by a fellow inmate. Defense counsel has therefore been unable to visit with the defendant.

Further, the defendant is attempting to resolve outstanding motions to vacate prior state convictions. Toward that end he has located his former attorney, who has been residing in Florida. His former attorney has expressed a willingness to appear in the Massachusetts state court on behalf of the defendant, with information which is believed to be helpful to the defendant's motion to vacate. The attorney has indicated that he will be traveling to Massachusetts during the month of May. The defendant intends to schedule a hearing during this time. The continuance should also permit the other outstanding motions to be resolved.

The decision on the motions to vacate is of critical importance to all of the parties, and the court, as the accuracy of the defendant's criminal history is the most significant issue in the case. The interests of justice would best be served by granting a continuance, with excludable delay, in order that the state motions to vacate are resolved

1

The requested June dates take into account the trial, vacation, and travel schedules of all parties involved.

| | |
|---|---|
| Assented to: | Respectfully submitted,<br>Espel Calixto, Jr.,<br>By his attorney, |
| *signature*<br>LISA M. ASIAF<br>Assistant United States Attorney | *signature*<br>FRANCIS T. O'BRIEN, JR.<br>BBO # 548457<br>160 State Street, 8th Floor<br>Boston, MA 02109<br>617-973-5858 |

Dated: April 13, 2006

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the forgoing has been served upon AUSA Lisa M. Asiaf, United States Attorney's Office, Suite 9200 U.S. Courthouse, 1 Courthouse Way, Boston, MA 02210.

Dated: April 13, 2006

*signature*
Francis T. O'Brien, Jr.