UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2006 JUN 14 P 2:48

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO. 04-10269-GAO |
| ) | |
| V. ) | |
| ) | |
| ESPEL CALIXTO, JR. ) | |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL AND TO APPOINT NEW COUNSEL FOR THE DEFENDANT

Now comes undersigned counsel and respectfully moves this Honorable Court for leave to withdraw as counsel for the defendant.

He further moves this Honorable Court to appoint counsel for the defendant, as the defendant is without sufficient funds to retain private counsel.

As grounds for the request for leave to withdraw undersigned counsel states that a conflict has arisen and there has been a breakdown of the attorney client relationship which precludes undersigned counsel from continuing to represent the defendant.

Dated: June 14, 2006

Respectfully submitted,
Espel Calixto, Jr.,
By his attorney,

*Francis T. O'Brien, Jr.*
FRANCIS T. O'BRIEN, JR.
BBO # 548457
160 State Street, 8th Floor
Boston, MA 02109
617-973-5858