UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA   ) | CRIMINAL NO. 04-10269-GAO |
| )  )  V.                    ) | |
| )  ) | |
| ESPEL CALIXTO, JR.          ) | |
| _____) | |

### AFFIDAVIT IN SUPPORT OF MOTION FOR LEAVE TO WITHDRAW AND TO APPOINT NEW COUNSEL FOR THE DEFENDANT

Now comes Francis T. O'Brien, Jr., under the pains and penalties of perjury, and deposes and states as follows:

1) I am the attorney for the defendant, Espel Calixto.

2) Without revealing any privileged information, I can state that a conflict has arisen and there has been a significant breakdown of the attorney client relationship, so as to preclude me from continuing to effectively and zealously represent the defendant.

3) I am familiar with the defendant's financial status. He is without sufficient funds to retain private counsel and will therefore need counsel appointed by the Court.

Dated: June 14, 2006

*Francis T. O'Brien, Jr.*
Francis T. O'Brien, Jr.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the forgoing motion and affidavit has been delivered in hand to:

AUSA Lisa M. Asiaf
United States Attorney's Office
Suite 9200 U.S. Courthouse
1 Courthouse Way
Boston, MA  02210.

Dated: June 14, 2006

                                                _/s/ Francis T. O'Brien, Jr._
                                                Francis T. O'Brien, Jr.