```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.     ) | Criminal No. 04-10269-GAO |
| ) | |
| ESPEL CALIXTO, JR.    ) | |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

The United States of America, by and through its attorney, the United States Attorney for the District of Massachusetts, hereby respectfully moves this Court to permit the withdrawal of undersigned as counsel for the government. As grounds, the government states that Assistant United States Attorney Lisa M. Asiaf has been assigned as government counsel in this matter.

                                          Respectfully submitted,

                                          MICHAEL J. SULLIVAN
                                          United States Attorney

                          By:  */s/ John A. Wortmann, Jr.*
                                JOHN A. WORTMANN, JR.
                                Assistant U.S. Attorney

                              Date:  June 23, 2006

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                          */s/ John A. Wortmann, Jr.*
                                          JOHN A. WORTMANN, JR.
                                          Assistant U.S. Attorney