To: Honorable George A. O'Toole
From: Espel Calixto

Dear Sir

My name is Espel Calixto, for 22 months I've been Held at P.C.F. Recently my attorney of Record - Frank T. O'Brien wishes to withdraw from my case without my approval. Your Honor I Have paid Mr O'Brien 23,000 dollars. My personal life Has spilled over into our relationship, But I feel that Mr. O'Brien is making more out of the situation than He should. Your Honor I would like the Chance to explain myself and my side of the story in your presence. I feel it's not right for Mr. O'Brien to withdraw and leave me in limbo and not reimburse me or my family. Your Honor please allow me to explain to you what is occurring.

Thank you
Espel Calixto!

P.S. I would like to be present before you, your Honor and Have Mr. O'Brien present also!