UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | ) | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. |
| | ) | 04-10269-GAO |
| | ) | |
| V. | ) | |
| | ) | |
| ESPEL CALIXTO, JR. | ) | |
| | ) | |

### MOTION TO CONTINUE RULE 11 HEARING DATE

    Now comes the defendant, and respectfully moves this Honorable Court to continue the presently scheduled December 6, 2006 Rule 11 hearing date for a period of ninety days.

    As grounds for this request, the defendant states that he timely notified the government of his intention to plead guilty. As the court is aware, the defendant is attempting to vacate several state convictions, which are the predicate for the government's position that he is a career offender under U.S.S.G. ss. 4B1.1 and 4B1.2. In fact, the court has previously continued the Rule 11 hearing so that the defendant might seek resolution of the outstanding issues relative to the motions to vacate. Unfortunately, the motions have not yet been resolved.

    Essentially there are three prior convictions which the defendant is targeting; two in Middlesex Superior Court and one in Worcester District Court. Each case involved different defense counsel, and the Middlesex cases involved a total of three judges. The efforts to vacate have been complicated by the fact that two of the three Middlesex judges and one of the defendant's prior Middlesex defense attorneys are deceased. Further, the second Middlesex defense attorney is retired from the practice of law and residing in Florida. Finally, the defendant's file from his Worcester case has been destroyed. Therefore, the defendant has been attempting to pursue the reopening of three cases, without the benefit of case files from any of his prior counsel. In addition, certain delay is attributable to conflicts with undersigned counsel's own schedule.

    Notwithstanding the fact that the court has previously continued this matter, the defendant submits that the interests of justice would best be served by further continuing the Rule 11 hearing. The underlying criminal conduct which forms the basis for the indictment is extraordinarily minor by federal court standards. The decision on the motions to vacate is of critical importance to all of the parties, and the court, as the accuracy of the defendant's criminal history is the most significant issue in the case.

The defendant does not wish to proceed to trial on this matter. However, if he is required to plead with the motions to vacate unresolved, sentencing on this case will not bring closure to the matter. He respectfully submits this ultimately will not serve the best interests of the court or the parties.

The defendant stipulates that the period of the continuance should be excluded from speedy trial computation. Further, the government does not oppose a reasonable continuance provided that the time is excludable. Therefore, the defendant submits that the interests of justice are best served by the allowance of this motion.

        Respectfully submitted,
        Espel Calixto, Jr.,
        By his attorney,

        /s/ Francis T. O'Brien, Jr.
        FRANCIS T. O'BRIEN, JR.
        BBO # 548457
        One Constitution Center
        Boston, MA  02109
        617-886-0500

Dated: December 4, 2006

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the forgoing has been served upon AUSA Lisa M. Asiaf, United States Attorney's Office, Suite 9200 U.S. Courthouse, 1 Courthouse Way, Boston, MA  02210.

Dated:  December 4, 2006
        /s/ Francis T. O'Brien, Jr.
        Francis T. O'Brien, Jr.