UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO. |
| ) | 04-10269-GAO |
| V. ) | |
| ESPEL CALIXTO, JR. ) | |

**MOTION TO CONTINUE SENTENCING DATE (ASSENTED TO)**

Now comes the defendant, and respectfully moves this Honorable Court to continue the presently scheduled April 5, 2007 sentencing date for a period of sixty days.

As grounds for this request, the defendant states that undersigned counsel was recently hospitalized with a brain hemorrhage and will be unable to prepare for and appear at the April 5, 2007 hearing. The sixty day continuance is expected to provide sufficient time for counsel to recover and prepare for and appear at sentencing.

The government, through Assistant United States Attorney Lisa Asiaf, assents to this motion.

Respectfully submitted,
Espel Calixto, Jr.,
By his attorney,

/s/ Francis T. O'Brien, Jr.
FRANCIS T. O'BRIEN, JR.
BBO # 548457
One Constitution Center
Boston, MA 02109
617-886-0500

Dated: March 13, 2007

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the forgoing has been served upon AUSA Lisa M. Asiaf, United States Attorney's Office, Suite 9200 U.S. Courthouse, 1 Courthouse Way, Boston, MA 02210.

Dated: March 13, 2007

                              /s/ Francis T. O'Brien, Jr.
                              Francis T. O'Brien, Jr.