U.S. District Court of Massachusetts
Court Clerk
1 Courthouse Way
Boston, MA 02210

07 May, 2007

FILED
CLERKS OFFICE

2007 MAY -9 P 12: 27

U.S. DISTRICT COURT
DISTRICT OF MASS.

Dear Clerk,

In order to continue my legal research and review my case proceedings up to the current date. I am requesting a copy of my docket report for Criminal Case No. 04-10269-GAO in the matter of; United States of America

v.

Espel Calixto Jr.

Thank you for your time and assistance with the above matter.

Respectfully,

Espel Calixto Jr.
Plymouth County Correctional Facility
26 Long Pond Road
Plymouth, MA 02360

CC: legal file