U.S. District Court
office of the Clerk
1 Courthouse Way
Boston, MA 02210

May 11, 2007

Re: Case No. 1:04-cr-10269-GAO-ALL

Dear Clerk,

I am requesting a copy of the following docket pleadings in order to review and go forward with my legal case; Pleading # 24
Pleading # 25
Pleading # 26
Pleading # 18
Pleading # 19
Pleading # 23

Thank you for your time and assistance with the above matter.

Respectfully,

Espel Calixto # 38285 E1-227
Plymouth County Correctional Facility
26 Long Pond Road
Plymouth, MA 02360

cc: legal File