United States District Court
Office of The Clerk
John Joseph Moakley Courthouse

Att; Your Honorable George A. O'Toole
, Courthouse Way, Suite 2300
Boston, Mass 02210

FILED
CLERKS OFFICE

2007 MAY 14  P 2:38

U.S. DISTRICT COURT
DISTRICT OF MASS.

5-14-2007

Re Case #: 1:04-cr-10269-GAO-ALL

Your Honor:

I'm writing again because today I recieved my Dockett Entry Sheet. This was the only way I was able to find out when my next court date is. Also I have noticed that my letter written to you dated 5-1-07 is not Showing up on The Dockett Sheet. So I have decided again to write and fill you in on whats going on in my situation. I plead guilty before you on 1-4-07. My attorney Frank O'Brien was suppose to take care of my STATE Issues before 11-09-06. Ordered by you, Your Honor! Well he did not take care of it! Mr. O'Brien promised me like he has been for the last 3 years that all my STATE Issues would be taken care of before I plead guilty, it has not been done. He promised me if I plead guilty he would take care of all my STATE Issues before Sentencing. Well Your Honor its 5-11-07 and I have no idea where Mr. O'Brien is or what he is doing. I have —

(2)

not heard from Mr. O'Brien. I've been calling His office since Febuary 1st and all I keep getting is Hung-Up on by Mr. O'Briens Secretary. My family is trying to reach Him and He does not return there calls. I have no Knowledge if he is trying to address my STATE Issues. As my Dockett sheet reflects we are awaiting the outcome of Pleading # 18 to determine if my Prior conviction will be Vacated, before my Sentencing Date, like he Has promised. Your Honor my Concern is that Mr. O'Brien will suddenly Pop-up out of no-where and bring me before your court and tell me to go through a sentencing Hearing without any of my issues Being adressed. This is not right! Your Honor Mr. O'Brien has disappeared, I can not reach Him nor my family can reach Him. He is suppose to be taking care of my STATE Issues and nothing seems to be happening. My Sister Sandra Montanez calls his office and His Secretary tells Her Mr. O'Brien is Sick and he is AT Home Resting. Your Honor This is not Fair to me, I've Been pleading for Mr. O'Brien to take care of my STATE Issues for 3 years. He gave me His Word all these Issues would be Taken care of. Now I ask The Court to get involved and please find Mr O'Brien and Have us Both in to face Your Honor So we can find out whats going on, because I have no idea what He is up to or what he is doing in my situation. For Mr. O'Brien to Bring Me before Your Court without addressing all my -

all my Issues is Not right. Your Honor I beg you to get involved and I ask the Court to get to the Bottom of this situation as I'am asking to consider all fairness and all Due Process without Plain Error. Where as there are more specifics concerning the above matters upon Your Request!

Respectfully
Papel Calixto #38285 E-1 / cell-227

P.C.C.F
26 Long Pond Road
Plymouth, MASS 02360

cc. Legal File!