United States District Court
Office of The Clerk
1. Court House WAY.
Boston, Mass 02210

Attn: Sarah Allison Thorton

5-22-07

FILED CLERKS OFFICE
2007 MAY 24 P 1:16
U.S. DISTRICT COURT
DISTRICT OF MASS.

Re: #: 1:04-CR-10269-GAO-ALL   U.S.A. v Calixto

Dear Miss Thorton:

I am requesting thee following Pleading numbers of my Dokett Sheet. Numbers 18, 19, 23, 24, 25, 26,. It is very important that I receive this information so I can go on defending my case.

Respectfully Submitted
Espel Calixto Jr.
Espel Calixto Jr.
P.C.C.F.
26 Long Pond Road
Plymouth, Mass 02360

C.C. Legal File
Espel Calixto