


**UNITED STATES DISTRICT COURT**
OFFICE OF THE CLERK
JOHN JOSEPH MOAKLEY COURTHOUSE
1 COURTHOUSE WAY, SUITE 2300
BOSTON, MASSACHUSETTS 02210

*May 24, 2007*
Date

TO: *Espel Calixto*
*04-CR-10269-GAO*

The Clerk's Office received your letter requesting free copies of court documents. The Clerk's Office can not provide you with free copies of court documents unless directed to do so by the Court.

Section 1915(c) authorizes the Court to waive the cost of the printing of documents in certain situations. 28 U.S.C. § 1915(c). If a litigant has not already been deemed indigent by the Court, he or she must file an affidavit that includes a statement of assets on the form required by the Court. <u>Id.</u> Next, the Court must determine that one of the circumstances listed in Section 1915(c) exists. Section 1915(c) provides:

> [T]he court may direct payment by the United States of the expenses of (1) printing the record on appeal in any civil or criminal case, <u>if such printing is required by the appellate court</u>; (2) preparing a transcript of proceedings before a United States magistrate in any civil or criminal case, <u>if such transcript is required by the district court</u>, in the case of proceedings conducted under section 636(b) of this title or under section 3401(b) of title 18, United States Code and (3) printing the record on appeal <u>if such printing is required by the appellate court</u>, in the case of proceedings conducted pursuant to section 636(c) of this title.

28 U.S.C. § 1915(c) (emphasis added). Because no court has directed the Clerk of the Court to provide you with copies of court records at government expense, the Clerk's Office can not provide you with free copies of the documents that you request.

If you would like a copy of a particular court order or other document, the Customer Service Department of the Clerk's Office can provide you with a copy of it for a fee of $.50 per

page.   If the record has been removed from the Court's records room and placed in storage, a retrieval fee of $35 also will be charged.

I hope that this letter addresses your concerns.

Deputy Clerk