UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO. |
| ) | 04-10269-GAO |
| V. ) |  |
| ESPEL CALIXTO, JR. ) |  |

**MOTION TO CONTINUE SENTENCING DATE (ASSENTED TO)**

    Now comes the defendant, and respectfully moves this Honorable Court to continue the presently scheduled June 28, 2007 sentencing date for a period of ninety days.

    As grounds for this request, the defendant states that undersigned counsel has been recovering from a brain hemorrhage, which has precluded him from preparing for the presently scheduled sentencing date. The recovery period has proven to be longer than anticipated. Since his illness, counsel has been unable to meet with or maintain steady communication with the defendant. Counsel has also been unable to finalize the state court proceedings relative to the defendant's motions to vacate predicate convictions, respond to the initial PSI report or coordinate efforts to have the defendant undergo a psychiatric evaluation as an aid to sentencing. The defendant has requested that counsel complete these matters prior to sentencing and concurs with the filing of this motion. The defendant acknowledges that the continuance period will be excluded from Speedy Trial computation.

    The ninety day continuance will provide sufficient time for counsel to complete preparation for sentencing. Physically, counsel will be able to attend to and complete these matters within the requested continuance period.

    The government, through Assistant United States Attorney Lisa Asiaf, assents to this motion.

        Respectfully submitted,
        Espel Calixto, Jr.,
        By his attorney,


        /s/ Francis T. O'Brien, Jr.
        FRANCIS T. O'BRIEN, JR.
        BBO # 548457
        One Constitution Center
        Boston, MA  02109
        617-886-0500

Dated: June 12, 2007


## CERTIFICATE OF SERVICE

I hereby certify that a copy of the forgoing has been served upon AUSA Lisa M. Asiaf, United States Attorney's Office, Suite 9200 U.S. Courthouse, 1 Courthouse Way, Boston, MA  02210.

Dated: June 12, 2007

        /s/ Francis T. O'Brien, Jr.
        Francis T. O'Brien, Jr.