Espel Calixto Jr. #38385. E-1-227
P.C.C.F
26 Long Pond Road
Plymouth, Mass 02360

In The United States District Court
For The District of Massachussetts

| | |
|---|---|
| United States of America ) | |
| Plaintiff ) | |
| vs ) | Case # 1:04-CR-10269-G.A.O. ALL |
| Espel Calixto Jr. ) | |
| Defendant ) | |

## Position With Respect to Sentencing Facts and Factors

Comes Now, the defendant, Espel Calixto Jr. whom is respectfully submitting the following Sentencing Facts and Factors;

1) Whereas, the defendant is asking and seeking the return of $23,000.00 U.S. Currency in attorneys fees from his lawyer of record, Mr. Francis T. O'Brien Jr. Viewing but not limited to, the courts dated most recent response letter dated May 11, 2007 from the court, and letters submitted to The Honorable George A. O'Toole Jr. for this case. In which, will reflect the neglect and abandonment of the defendants above advocate within reason and ethics. Moreover, "The district court has broad discretion in making an award of attorney's fees because of the advantage of

close observation of the work product of an attorney and an understanding of the skill and time required in the suit. Mirabal vs G.M.A.C. 576 F.2d 729 (7th Cir 1978) (quoting Lea v Cone Mills Corporation, 467 F.2d 277, 279, (4th Cir 1972). Furthermore, "To grant attorney's fees ... requires strong support from the circumstances of the particular case, ... [as this one, Knowing] under, Canon Seven of the Code of Professional Responsability "A lawyer should represent a client zealously within the bounds of law". Id. Mirabal. Therefore, considering fairness and due process without plain error, the defendant request the return of $ 23,000.00 U.S. Currency in advocate fees in order to continue forward with proper legal representation.

2) The defendant is objecting and reserving his objection for review of his conflicting "prior convictions" Knowing now, the almost unlimited discretion in sentencing possessed by district courts prior to the implementation of the sentencing Reform act of 1984 has resurfaced with intervening New Booker Law now governing this case. Moreover, Knowing now "An error of law or fact can render a sentence unreasonable" U.S. vs Hummer, 916 F.2d 186, 192 (4th Cir 1990). Further, now [d]istrict courts have an institutional advantage over appellate courts in making these sorts of determinations, especially as they see so many more Guidelines cases [Post-Booker] than appellate courts do." Koon vs United States, 518 U.S. 81 (1996). Therefore, considering fairness and due process without plain error, the defendant is requesting the sentencing judge —

consider a downward departure. In which the defendant is also alternatively argueing that Almendarez - Torres V United States 523. U.S. 224 (1998) was wrongfully decided.

3) It is fair to acknowledge the defendants Pre-Sentence Report (P.S.R.) has not been made available for review. In which, may submitt any further objections and arguements that the defendant and appropriate advocate may submit for the courts review prior to sentencing under Position with Respect to Sentencing Facts and Factors. In which, fairness and due process without plain error will ensure that the sentencing judge will have all information from the defendant sufficient to determine the appropriate sentence by acknowledging [NO] limitation shall be placed on the information concerning the background, character, and conduct of a person convicted of an offense with a court of The United STATES may recieve and consider for the purpose of imposing an appropriate Sentence." Fed. Sent. Guide. Man. 2002 Edition.

Concluding in special prayer for relief: May all the above "truth" be encouragement in light of all the above proceedings of law and advisory guidance. May The Grace of The Authority in heaven be with us all and help guide the actions of those whom govern on Earth. "Jesus I trust in You."

Respectfully Submitted this 6th day of June, 2007

*Espel Calixto*
Espel Calixto #38285
E-1-227.

Written Copies mailed this ___ day of June 2007 to each of the following

A.U.S.A.; Lisa M. Asiaf
Clerk of Courts; Sarah Allison Thorton
Honorable George A. O'Toole Jr.


C.C Legal File
    Espel Calixto.