U.S. District Court. Office of The Clerk.
John Joseph Moakley Courthouse
1 Courthouse Way Suite 2300
Boston, Mass 02210

June 6th, 2007

FILED
CLERKS OFFICE

2007 JUN 14 P 12: 21

DISTRICT COURT
DISTRICT OF MASS.

Re: U.S.A. vs Calixto Case # 1:04-cr-10269-G.A.O-ALL

Dear Clerk: Sarah Allison Thornton

Please find enclosed for filing within the above case; Position with Respect to Sentencing Facts and Factors being submitted to the court prior to the above case scheduled for sentencing June 28th, 2007 before The Honorable — George A. O'Toole Jr.

Second, please forward the two enclosed written copies with cover letters addressed to the Honorable George A O'Toole Jr and A U.S.A. Lisa M. Asiaf - Major Crimes Unit.

Finally, as there are no blank envelopes in order to prepare a self addressed envelope for return reciept, I humbly ask you please return a stamped and entered copy with pleading number accompanied with a Dockett sheet to my address following my signature. "Thankyou" for your time and help with the above matter.

Respectfully Submitted
Espel Calixto
_____
Espel Calixto Jr. # 38285 E-1-227
   P.C.C.F
26 Long Pond Road
Plymouth, Mass 02360

C.C. Legal File
E. Calixto