To: Frank O'Brien
From: Espel Calixto jr. #38285

June 6th, 2007

Dear Frank,

I have not heard from you in 5 months. You gave your word, promised me, and assured me, that you would work on vacating my prior convictions and complete the process before I plead guilty, and you did not follow through, then you gave your word, promised and assured me it would be done before I went to sentencing. Again nothing has happened. Among other issues I've asked and you have not completed them also!

Respectfully Submitted
Espel Calixto.

CC. Legal
Honorable George A. O'Tool Jr.