UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. |
|  | ) | 04-10269-GAO |
|  | ) |  |
| V. | ) |  |
|  | ) |  |
| ESPEL CALIXTO, JR. | ) |  |
|  | ) |  |

## MOTION FOR APPROPRIATION OF FUNDS TO RETAIN PSYCHOLOGIST

    Now comes the defendant, and respectfully moves this Honorable Court to appropriate the sum of $1,500.00, to retain a psychologist, Eric G. Mart, Ph.D., ABPP, for the purposes of evaluating the defendant and preparing a report for submission to the court as an aid in sentencing.

    As grounds for the request for a psychological examination, the defendant states that he has a history of mental health issues, which may have contributed to his criminal conduct in the instant case. Prior to his arrest in this case, the defendant had received counseling relative to mental health issues and had undergone at least one prior psychological evaluation. At the time of commission of the underlying offenses in this case, the defendant was experiencing significant turbulence in his family life, and was abusing both narcotics and alcohol. The defendant's criminal conduct in this case may fairly be characterized as minimal. He is alleged to have made a number of small sales of cocaine to a fellow drug addict, who had been recruited by the Woburn Police to target the defendant. Although the defendant intends to challenge the amount of cocaine attributable to him for sentencing, in the worst case scenario, according to the PSI Report, he is accountable for 8.93 grams of cocaine. This is entirely consistent with the defendant's position that he was essentially a user of cocaine, who was sharing drugs with fellow addicts. His history of mental health issues, coupled with his abuse of narcotics and alcohol, may well be a factor for the court to consider at sentencing and a psychological evaluation is appropriate.

    As grounds for the request that the court appropriate funds to retain the expert the defendant states that he is indigent. The defendant has been incarcerated for approximately three years and, as the recent PSI investigation reveals, is without any assets and is in considerable debt. Although the defendant retained counsel at the inception of this case, undersigned counsel had a long standing relationship with the defendant and the defendant's family, and agreed to represent the defendant at a discounted fee. However, the legal fees are insufficient to cover costs of expert evaluation.

      Undersigned counsel has spoken with Dr. Mart and has confirmed that the requested $1,500.00 will be sufficient to cover the costs of travel, examination and preparation of a report for the court. Dr. Mart has considerable experience in the field of psychological examinations of criminal defendants and has previously conducted such examinations on defendants before the federal and state courts of Massachusetts

                        Respectfully submitted,
                        Espel Calixto, Jr.,
                        By his attorney,

                        /s/ Francis T. O'Brien, Jr.
                        FRANCIS T. O'BRIEN, JR.
                        BBO # 548457
                        Parker | Scheer, LLP (Of Counsel)
                        One Constitution Center
                        Boston, MA  02109
                        617-886-0500

Dated: July 2, 2007