To: Honorable George A. O'Toole  
From: Espel Caluyto

9-6-07

Your Honor:

Enclosed you will find previous letters addressed to Mr. Frank O'Brien Jr. attorney at Law. I have sent copies of the enclosed to Alison Cloutier whom represents my claim at the Office of Bar of Counsel and copies to (A.U.S.A.) Lisa Asiaf of the Boston Federal District Court.

Your Honor, Mr. O'Brien has not coordinated with myself since a very directive meeting on 6-30-07 here at P.C.C.F. He has not acted on the motion to vacate my prior convictions, nor do I know the status of my probation issues in Middlesex Superior Court in Cambridge, Mass. In which, I made the legal concerns above specifically clear to Mr. O'Brien to represent within my best interest as legal counsel. Forward I have not discussed any objections to my P.S.R. with Mr. O'Brien nor Seen a Final version of my P.S.R. to acknowledge if all has been considered and corrected. Moreover, I have not received any Sentencing Memorandum addressed to your Honorable Court for this case. In closing, I am respectfully asking and seeking Your Honor review the enclosed letters and Mr. O'Brien's actions within my dockett. Ordering Mr. O'Brien to reimburse my attorney fees so that I may seek new counsel or be appointed counsel by court before Sentencing.

Thank you,  
Espel Caluyto

C.C. Alison Cloutier, Lisa Asiaf

*Hand Written Copy*

To: Alison Cloutier  
From: Espel Calixto #38285

9-6-07

Dear Miss Cloutier

Enclosed you will find, all previous letters addressed to Mr. Frank O'Brien, and also the last 2-pages of my Dockett Sheet in my 94 case, out of Middlesex Superior Court. As you can see Plea #22.0, Filed 11/28/05, a total of 15-months after I was arrested on my instant offense, and now here we are on 9/6/07 and Nothing has been accomplished. Mr. O'Brien has not completed what he has assured, promised, and gave his word on. I have not seen or heard from Mr. O'Brien since 6-30-07. I have not seen my Final Version of my P.S.R. or discussed my objections with Him, Nor have I seen a Sentencing Memorandum, and He definetly has not even tried to act on the motion to vacate my prior convictions or my Probation issues. He does not keep in contact with me. (<u>The only way I get updates from him, is when I seek assistance from The Honorable Court or your Organization.</u>) Now I ask, for you to go through with my complaint and retrieve my Funds back so I can hire proper Representation to defend me at my Sentencing Hearing on 9-26-07. Which I kindly ask you to be present. I'am tired of his False assurances. Mr. O'Brien is no longer my attorney. (Please Help)

Espel Calixto