To: Honorable George A. O'Toole                    9-14-07.
From: Espel Calixto # 38285

Your Honor:

Enclosed you will find a hand written copy of a letter written to Alison Cloutier who represents my claim at The Bar of Overseers. Mr. O'Brien is a deceiver and a manipulator. Please allow me to speak and inform you more in specific details on what he has done! I beg you Your Honor.

                                        Thankyou
                                        Espel Calixto