To: Alison Cloutier
From: Espel Caliste #38285

9-14-07

Dear Miss Cloutier:

On 9-14-07 between the hours of 2:30 & 3:00 o'clock. I had a very displeasing conversation with attorney Frank T. O'Brien. My biggest fears have come true. I am tired of Mr. O'Brien's deceptions and deceitful ethical legal ways. Mr. O'Brien is definitely NO longer my attorney. This is an Emergency and I need an attorney. I have been in contact with The Federal Public Defenders Office trying to seek the assistance of Miss Page Kelley, I left her two messages, please contact her at (617)-233-8061. I've asked her to step in and take over this situation, also I ask you Miss Cloutier to please be present on the 26th of Sep., please do whatever it takes within your authority to retrieve my legal fees back from Mr. O'Brien, lastly assisting me on obtaining an attorney, for a fair and reasonable sentence procedure.

CC: Honorable George A. O'Toole
    Lisa Asiaf. (A.U.S.A.)

Thank you
Espel Caliste