To: Honorable George A. O'Toole          9-16-07
From: Espel Calixto #38285

Your Honor,

I'm writing because, hoping that you will try to take into consideration on what is happening in my particular situation. I have to forgive Mr. O'Brien, that is what I've learned, taught to me by Chaplain Dan Croce and Pastor Dave Silva, and reading Scripture. Your Honor I still is not right, what he has done, again Mr. O'Brien disappeared and did not complete what he promised, again He did not let me know anything, Mr. O'Brien kept me in the dark once again. He has made a mockery out of my situation, Now I sit here lost, my Family is upset and so am I. No communication with Him since 6-30-07, No discussing any objections to my P.S.R. or seen my Final Version, No Sentencing Memorandum, Nor my Probation Issues or my Priors. Nothing! Your Honor, Your Honor! Please remove this man from my case. I am baffled, He has stepped all over and abused the trust I had in Him! This is not right. It's not right, Please do not let Him Get away with this Your Honor!

Thank you
Espel Calixto