1

To: Honorable George A. O'Toole  12-26-07
From: Espel Calixto

Your Honor,

Let me begin by saying that I truly regret what I have done, I was wrong, very wrong. I wish I could turn back time and correct the wrong that I have done, not just the instant offense but my <u>entire life</u>. <u>I've been a Fool</u>, Your Honor! Its not about Espel anymore, its about giving back to the community and society. To correct the wrongs that I've done. No more do I desire to do the wrong thing, I desire to help people, and to teach todays youths, the dangers of alcohol & drugs, and also to help an addicted mother or Father or adults, to turn away from a life of drugs & alcohol. Again I apologize Your Honor for my Behavior in the past! and I apologize for all The Hurt and Pain I've caused. Your Honor Today I have been blessed by meeting and knowing men as Chaplain Dan Croce, Pastor Dave Silva, and Pastor Rich here at P.C.C.F. They have taught me many things and have been an inspiration to me. Today I have the opportunity to obtain The Charles Colson Scholarship, it is a chance to go to College, get an education, and have a career. To graduate, turn my life around and help others in the process. I can give my Testimony to others and help save lives, God willing. Chaplain Dan Croce is a personal Friend of Mr. Colson's!

2

I desire so much to make the best and take advantage of this great opportunity. Your Honor, I will be living with Pastor Dave Silva, and working with Him at Compass Point Ministry, a Christian Halfway House For ex-cons, Pastor Dave is Developing it and it is in Progress of opening up soon, I will be on the Payroll and Have insurance. Your Honor I'll also be Helping out Chaplain Dan Speaking at Banquets & Gatherings to help out New Hope ministry. Your Honor please see the opportunity before me, again I apologize for all I've done, but here is my chance to give back to Society and to do God's Will. I ask for Your encouragement and consideration and Mercy. Again I'm Sorry!

Thank you
Espel Cabrista!