**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Crim. No. 04-10269-GAO |
| ESPEL CALIXTO, JR., a/k/a "Pico,"<br>Defendant. | ) ) ) ) | |

**GOVERNMENT'S SUPPLEMENTAL SENTENCING MEMORANDUM**

The United States of America (the "government") submits this supplemental sentencing memorandum in connection with the upcoming sentencing of the defendant, Espel Calixto, a/k/a "Pico" ("CALIXTO"). After submitting its initial sentencing memorandum (Docket Entry No. 46), the government received telephone calls from various interested parties who are very concerned with CALIXTO's upcoming sentencing. Many of these individuals plan to attend the hearing tomorrow. In addition, several of them have written letters relating to "the history and characteristics of the defendant," 18 U.S.C. § 3553(a)(1), for this Honorable Court's consideration. Copies of those letters are attached hereto as **Exhibits 1-9**.

As noted in the government's initial memorandum, CALIXTO has a long and violent criminal history. Woburn Police Officers have responded to repeated complaints about CALIXTO over the years, which stopped only during periods when CALIXTO was incarcerated. As reflected in the attached letters, he has caused family members, former friends, and neighbors to suffer from serious fears, actual assaults, and lifelong emotional scarring. See generally **Exhibits 1-9**. The stories in these letters, as well as the numerous Abuse Prevention Orders obtained against CALIXTO by various women throughout the early 2000's, fly in the face of CALIXTO's assertion that "there was a ten year gap between his last offense [in 1994, see PSR

at ¶ 82], and his arrest in the instant case." Instead, the government notes that CALIXTO was incarcerated for the first 5 years of that alleged "10 year gap" – see PSR at ¶ 80 (noting release date of 11/6/99) – after which he immediately returned to a life of threatening and assaulting other people, as set forth in Paragraphs 134-138 (describing Abuse Prevention Orders obtained against CALIXTO in 2002 and 2003) and in all of the letters attached hereto. See, e.g., **Exhibit 1** at 2 (noting that CALIXTO "was released in early 1999 the nightmare that I mentioned earlier, began"); **Exhibit 3** (stating CALIXTO "uses religion as an excuse to convince everyone he is a changed man when he is incarcerated, and time after time, he is the absolute opposite upon release"); **Exhibit 4** (describing CALIXTO's "constant mental and physical abuse"); **Exhibit 6** (stating "[b]ased on history, a more likely scenario is that faith will leave him as soon as he is released and the same arrogant, threatening personality will return, again thinking he 'beat the system'"); **Exhibit 7** (describing threat against neighbor's life in 2003 and assault with baseball bat and threat against former girlfriend's life in 2003); **Exhibits 8-9** (describing continuing fear of CALIXTO after years of abuse and assaults).

      The government urges this Honorable Court to consider this additional information under 18 U.S.C. § 3553(a)(1) and submits this memorandum in further support of its recommended sentence: (1) a term of imprisonment of 188 months, (2) a term of supervised release of six years, (3) a fine of $15,000 unless the Court determines that CALIXTO is unable to pay a fine, and (4) a mandatory special assessment of $300. In light of the record before this Court, no downward departure or deviation from the GSR of 188-235 months' imprisonment is warranted here.

        Respectfully submitted,

        MICHAEL J. SULLIVAN
        United States Attorney


        */s/ Lisa M. Asiaf*
    By: Lisa M. Asiaf
       Assistant U.S. Attorney
       Tel: (617) 748-3268

Dated: January 14, 2008

## CERTIFICATE OF SERVICE

  I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on Jan. 14, 2008.

        */s/ Lisa M. Asiaf*
        Lisa M. Asiaf