# EXHIBIT 1

January 10, 2008

Honorable Judge O'Toole,

    I write this letter to you, so you have an honest view of a defendant, that will stand before you to be sentenced on Tuesday, January 15th, 2008. The defendant I'm speaking of is Espel Calixto Jr.

    I received word today indirectly from the chief of police in Woburn, Phil Mahoney, that Espel Calixto, is due to be sentenced and possibly will be released with time served. When I heard those words, I felt the fear for my 3 children and I that I have not felt since August of 2004. I would like to explain to you where this fear comes from.

These are the type of things that I endured when Espel Calixto was a free man:

- 2 black and blue eyes
- Getting spit on
- Cracked rib
- Kicked
- Punched
- Slapped
- Knife to the throat
- Gun to the throat
- Choked until I became unconscious
- Being called every horrible insult known
- Harrased at work
- Had to leave my home with my children to be safe

Judge O'Toole I can go on and even be more specific about the circumstances behind the horror I just mentioned, but the main reason for wanting you to be aware of these things is because most of these things happened in front of my children and affected them in a terrible way.

Luckily for the last four years my children and I have had enough peace to be able to deal with a lot of the repercussions of these events.

My now 16 year old son, went to anger management for a short time because he was getting into fights in school, due to the fact that he didn't and couldn't defend his mother from Espel Calixto. He is now in 11th grade, the captain of his football team, and can't wait to turn 18 so he can join the marines and defend his country.

My now 21 year old daughter, sometimes still has nightmares about Espel Calixto coming to the house and stabbing her. She is a student at North Shore Community

College attending the Physical Therapist Assistant program, and works full time as a waitress until she graduates.

My now 13 year old daughter, who is the daughter of Espel Calixto, has had a lot of emotional problems that we are slowly working through. Sometimes she's a very angry child, and I see many of the traits that eerily remind me of her father come out during stressful situations. This is something I'm trying to help her control. When I told her today that her father was possibly getting out of prison soon, she started crying and asked me what I was going to do to make sure he doesn't get out or at least does not come to the house.

I realize that the crime he is scheduled to be sentenced for is not related to me or the things I mention in this letter, but I'm sure you can understand my serious concern for what may happen on Tuesday.

I realize that people can change when they get out of prison and as they get older. I can't predict what Espel Calixto would do if he was a free man. I stuck by him during his last incarceration (1994 – 1999) during that time he promised me that he was different and he tried using religion as a cover for how he was a changed man. When he was released in early 1999 the nightmare that I mentioned earlier, began.

I also hold myself responsible for a lot of the things that happened to me in front of my children because I didn't end the relationship earlier. Once I did decide to end the relationship, things got worse, the only relief I got was when the DEA arrested Espel Calixto for the crime his is in prison for today. I am very surprised that a career criminal guideline and a lengthy, violent criminal record at this point only carries this short of a sentence.

All I ask is that you take into consideration all the things I have written in this letter and at the least give me, my children, my home, and my workplace some kind of protection if he is released so that we can continue to live in peace.

Sincerely Yours,

*Maria Mas*
Maria Mas
22 Wade Avenue
781-935-0228 (home)
781-418-5734 (work)

1/10/08

KATHLEEN H. ANTHONY
Notary Public
COMMONWEALTH OF MASSACHUSETTS
My Commission Expires
March 29, 2013