# EXHIBIT 2

January 12, 2008

Dear Honorable Judge O'Toole:

My name is Isabel Cristina Mas. I am the sister of Maria Mas. My sister Maria was a victim of Espel Calixto for upwards of 10 years. I was also a friend of Espel (aka Pico) for an extended period of time and have known him for more than 27 years. I am writing you because I have heard there is a possibility that Espel may be considered for released from prison sooner rather than later. This really concerns me because essentially, I believe he is a serial criminal and can be compared to a disease with no cure. In this letter, I will try to give you a perspective of Pico's moral character as experienced by me, as well as explain to you why I believe that this career criminal cannot be cured and should be sentenced to remain in jail as long as legally possible.

I have known Pico since I was probably 13 years old, when he was 15 years old. He was my next door neighbor for many years. We also both attended Woburn High School (he was 2 years ahead of me). We were friends and hung around the same crowd of friends. I always felt we had a decent friendship.

However, at about 17 years old, Pico started going through a serious transformation from an individual who loved life and was generous to a person that had some serious anger and lack of remorse issues. At about this age, he stabbed another teenager during a Woburn/Burlington night football game because this other boy was rooting for the other team. The boy he stabbed was hospitalized, and Pico was subsequently arrested and convicted of this crime. He blamed his arrest and conviction on a few friends from the same group we all hung out with and said that these friends had snitched on him. He labeled them "the Rats". He assumed they were the ones that told the Police the truth about the event since they were present with him at the time of the stabbing.

A few weeks after the stabbing, my best friend and I were walked home by the friends Pico has labeled "the Rats". On their return walk home after dropping us off, Pico and a few acquaintances jumped out of a vehicle that came out of nowhere and attacked the Rats with baseball bats. They beat the Rats up pretty bad. One of our friends (who was actually dating my best friend at the time) Steven Gaines, ended up loosing a few teeth from this attack. Pico bragged about this conquest and never showed remorse. He felt these individuals snitched on him and had received what deserved coming to them.

After he was released from prison for the sentence of stabbing the Burlington boy, he eventually went back to his old crazy anger ways. He eventually was imprisoned again, this time for igniting his girlfriend's apartment on fire. I believe she had two little boys at the time, who were also Pico's. Pico spent a few years in prison for this conviction. He was subsequently released and met my sister, Maria. Pico and my sister eventually started seeing each other and had a little girl named Adore. However, when my niece was born, Pico was not around because he was once again incarcerated for another crime. This time it was because he was found guilty of shooting up a restaurant (the Royal Hawaiian) because he become aware that some of his rivals when dining there at the time.

I think at this point, it deserves to be explained how it may have been that my sister ever became involved with Pico, as well as provide a testament to Maria's moral character. When Maria met Pico she was still young and was 22 years old. My sister at the time had two little kids. She was somewhat aware of Pico's prior history as it related to his anger issues and his dealings with women. With his charismatic ways, Pico was able to convince Maria that his time in prison had changed him. One thing that Pico never lacked was charisma. He knows how to talk to people, how to get them interested in him and his beliefs, as well as how to convince them into doing things that in good conscience would probably not do.

My sister, Maria, is a wonderful woman. She may have started off her adulthood a little rough as she quit school at 16 years old and became a single mother at an early age. However, she turned her life around pretty quickly. She went back to school to obtain her GED, and subsequently attended UMASS and graduated with a Bachelor's degree with a Major in Accounting. She did all of this while having two little kids and one on the way (Adore). In addition, at around the same time Pico was in the process of turning her life up-side-down with his new dealings in crime and cheating on her with other women. Maria is now a successful career woman, has a professional position as an Accounting Manager for an international corporation, and is highly respected by her colleagues. She is also very loved by her family. Her nieces and nephews love and respect her so much, that they all talk about going to titi Ria's house (they all call her titi Ria) as something on which to look forward. Let's not forget that my sister Maria is also an excellent mother. Her oldest daughter (Stephanie) is currently going to college to become a physical therapist. Her son (Steven) will be the captain of the Woburn Tanners football team next year. Finally, her youngest daughter (Adore) is academically strong and is a Pop Warner cheerleader. Most of all, it should be noted that my sister Maria has always been there for her siblings. She has always been there for us when we needed someone to listen, someone to give us strength and advice to do the right things, and has even helped each of us financially at one time or another. With all of this it is hard to believe that she is actually the second oldest sibling from a family of four children.

When Pico was finally released from prison after going in for shooting up the restaurant, he tried to do the right thing. He obtained employment with a vending machine company. He was doing well, but this only lasted a few months. He was eventually fired/laid off, not sure which, but was without a job. However, somehow without a job, he still had money coming in. I spoke to him about this while at my sister's house and asked him how he was coming up with these funds. His response was that he had no other choice and had gone back to doing what he knows to make money. Of course, this meant selling drugs, since this is something I knew he had done in the past. I believe if you were to look at this arrest record you would probably see that he had many instances of possession of drugs and intent to distribute drugs. I tried to give him advice about this and remind him that he had been doing well as being a positive contributor in society, but he just laughed at me as if I could never understand the world he lived in. Perhaps I did not, but knew that this was the beginning of Pico eventually going back to his old criminal ways.

This was also about the time it became apparent to me that there were other issues going on with Pico. Not only was he out on the streets distributing drugs, but he stabbed a woman who at one time had been a friend of his (Dondi Canada). The Woburn Police was also following him around because they suspected him of distributing drugs, and he was also threatening my sister Maria, her three children, and was running around amuck with various other women. My sister and her children felt

so threatened by him, that my nephew Steven who at the time was 8 or 9 years old confessed to my other sister (Elena) that he was afraid of Pico and had started sleeping with a knife under his pillow. My sister's children also told Elena and me during various occasions of some of the things he had done to my sister, such as threatening her with a knife, throwing a heavy ashtray at her (which hit her in the face), etc. As a matter of fact, the Woburn Police were called to my sister Maria's house during multiple occasions due to domestic disturbances.

Maria eventually got to the point that she knew she had to get away from Pico for hers and her children's welfare. She asked Pico to leave various times, which he refused. She asked me to speak to Pico so that he would leave, and he refused. Even a couple of mutual friends of Pico's and Maria's spoke to Pico and asked him to leave Maria's house, and he refused. Later on we found out that it was Pico's mode of operandi to become involved with women who had children to make it more difficult/uncomfortable for the cops to create a scene and/or arrest him when there were young children present. The kids were his shields from the law. My sister Maria opened up her house to Pico, gave him a place to call home, and all he did was create havoc through his criminal acts and put the children and my sister at risk.

My sister tried to get away from Pico multiple times, but he either threatened her or made her feel guilty that he had nowhere to go. It got to the point that my sister Elena and I looked into helping my sister go into underground with her children to get away from him. Elena and I were also very desperate in attempting to remove him from Maria's home because we knew she and her kids were in danger. We also know that if Pico found out Elena or I and/or our spouses became involved in helping Maria get away from Pico that he would come after us and our children as well. My family always felt like our hands were tied because we knew that getting too involved meant threatening our own families, because history had shown that Pico could be very unpredictable, has anger issues, does not feel remorse, and does not care about consequences. All he cares about is coming out on top, and then having a conquest to brag about.

Finally, one day the Federal agents caught up with Pico because he was being investigated for selling drugs. They arrested him, and Maria's hopes to be free of him had come true. If it were not for Pico being arrested and put away for a few years (which is why he is currently being sentenced under your court), she may still not have been free of him, and hers and her children's lives would still be hell. We had all hoped that Pico would be given a stiff sentence this time around to stay in prison for a very long time, because it is what he deserves. Even if he does not come after my sister once he is released, we all know that it is just a matter of time once he is released that someone will tick him off, and Pico will react to cause as much harm to that person as he could possibly muster and think he can get away with. The fact that it is currently being considered that Pico may be released from prison soon has my sister and her family very worried. She is considering leaving the State of Massachusetts with her children and fiancé, even though my sister's children have a bright future by finishing school in Woburn. Maria also owns a home in Woburn and is not ready to uproot her life because she knows that the law could not stop Pico from threatening her or her family if he wanted. Remember, this man believes he is above the law as he does not care about consequences.

Honorable Judge O'Toole, I am telling you this story about Pico and my family because I am hoping it will help you to understand the worries his possible early release has brought us, as well as our extreme concerns that once Pico is released he may consider repeating the wrath of hell and violence

he has demonstrated in the past. It should also be noted that Pico has spent close to two thirds of his life in prison and during his times out of prison has only limitedly demonstrated his ability to be a positive contributory part of society. I do not believe his early release this time around will be any different.

I understand that the purpose of incarcerating a criminal is to rehabilitate them so that when they are released back into civilization they can function and contribute positively as a part of society. Unfortunately, I do not believe that all of the rehabilitation in the world could change Pico, because he likes the type of individual that he is. It means nothing to him to hurt people, take advantage of people, break the law, etc. to accomplish his needs. For a person to change, they have to want to change. I don't believe that Pico truthfully wants to change or can easily change. He has spent the majority of his adult life (since 17 years old he is now 43) in and out of jail. He has been imprisoned more time than been out of prison during that time mostly as 5 to 7 year periods.

Your Honorable Judge O'Toole, I am also wondering what ever happened to the "three strikes and you are incarcerated permanently" rule. The case sentencing that is currently being considered and presented to your court by his defense is for his third or fourth strike for a material criminal offense. Pico being released any time soon will be like one of God's plagues being released into the world, as his inability to change and predisposition to reap havoc around him and towards others is like a disease with no cure. There are a lot of people on the outside that still fear his wrath (because he has no limits on what he can and will do to people), including my sister Maria and her family. Also, there are probably people in this world that have not yet met him, but any of them will eventually cross him the wrong way or make him lose his temper and will live to regret it.

Therefore, Honorable Judge O'Toole, I am requesting that you strongly consider the stiffest sentencing possible for Espel Calixto. His lack of remorse with all of the horrible things he has done to people, the fact that he does not know how to survive in society without earning money illegally, and this Gotti syndrome that he has (where he thrives to take revenge on those who cross him and then brags about his conquests) are surely examples of why Pico should be given a long sentence and not be re-introduced to society for a very long time.

I thank you in advance for having given me the opportunity to voice my concerns about of Espel Calixto's potential early release from prison, as well as present to you my perspective of his unethical and criminal moral character for consideration in your sentencing process during on this Federal Case.

Sincerely,

*Isabel Cristina Mas*

Isabel-Cristina Mas
Certified Public Accountant