# EXHIBIT 3

Honorable Judge George O' Toole
Joseph Moakley Couthouse
Boston, MA

Dear Judge O' Toole,

    My name is Stephanie Christina Mas. I am 21 years old. My Mother is Maria Mas. She was once involved and had a child, (my youngest sister) with Espel Calixto, Jr (Pico). I am writing to you because I am terrified to think that your sentencing could possibly release him from prison in the near future. Your honor, I witnessed awful things at an early age. I had to call the cops on him when I was barely a teenager, for his physical and mental cruelty, mostly directed at my mother. She made attempts to end her relationship with him numerous times but it only made things crazier. Judge O' Toole, he is a fake. He uses religion as an excuse to convince everyone he is a changed man when he is incarcerated, and time after time, he is the absolute opposite upon release. He is a master of false pretense to all that comes into contact with him. To this day, he has never apologized even by letter or message for anything he has done. IN fact, on two occasions I was visited at my work by his nephew, Andre, to inform me that he was prematurely sorry for any backlash that would be coming my family's way. He assured me if he was needed for revenge he would surely help him. I immediately reported the conversation to Joe my future Step father to which he had the same conversation.

    My brother Steven (now 16) and I know with all our hearts why he came into our lives. It is the sickest example of vengeance I have ever seen or heard of. In 1993, just after my mom and biological father, Steven Gaines, Sr. (now deceased) split up, Espel began courting her. Later we found out, my father was witness to a stabbing assault at a High School football game. Pico, being Pico began his plan by having a relationship with my Mom. He was nice at first of course, but as usual, all that changed. We were very happy children to that point, as was my mother. She was a working Mom who also attended the University of Massachusetts. She would take me with her to school on the MBTA bus into Boston. We enjoyed those days very much. My received her degree in accounting and became a successful accounting manager as she still is to this day.

    Since he was incarcerated we have had such positive changes. I am currently studying Physical Therapy at North Shore Community College, my grades are pretty good and I have received scholarships for my further advancement. I have a great relationship with my soon to be Step-dad. He and my Mom are marrying on May 11, 2008. He is supportive and loving to all of us. He have a very stable and loving family that can freely laugh and enjoy annual vacations together, for now…

Respectfully,

*Stephanie Mas*
Stephanie Christina Mas