# EXHIBIT 4

Honorable Judge George O' Toole
Joseph Moakley Courthouse
Boston, MA


Dear Judge O' Toole,

    My name is Steven Gaines, Jr. I am appealing to you to consider some of the false character you will encounter on Tuesday, January, 15th when you sentence Espel Calixto, Jr. His 13 year old daughter, Adore is my half sister. He lived with us for a short time between his constant incarcerations. He is a selfish, cruel human being with no regard for any man, woman or child. He has NEVER apologized to any of us especially my mother Maria Mas for his constant mental and physical abuse. As a small child I was exposed regularly to his cruel treatment to my family. What I felt most offensive was the utter disrespect to my deceased father. His comments were of a racist, hateful manner.
    At the time I was helpless. I had a shy, inward personality. I am now 16 years old. I am a junior at Woburn High School where I am Captain of the varsity football program, and am very much looking forward to serving my country in the United States Marine Corps as soon as I become eligible.
I now realize I experienced some very angry behavior as I grew older. A counselor by the name of Dr. Fox helped me recognize these experiences were the cause. Since he has left our lives, our home life has improved significantly. I know him well. I know when he is eventually released, there will be backlash. I will deal with it at that time in a mature manner. I would however prefer to deal with it sooner rather than later.
Espel (Pico) always used the same tactics when incarcerated. He would profess his newfound religious views and say how much he has changed. HE IS A FAKE. Your Honor, he has always been outspoken about his contempt for the law and authority never accepting blame for his actions. He always was verbally proud of his criminal history and violent reputation in our city. Please hear my words as they are consistent with everybody. Thank you for you time in reading this letter.


Sincerely,

Steven Michael Gaines, Jr.