# **EXHIBIT 5**

Honorable George O' Toole
Joseph Moakley Federal Courthouse

Your Honor,

    I am writing to you regarding Espel Calixto, Jr. He will stand before you Tuesday, January, 15th for sentencing. My name is Joseph Passanise, I am engaged to be married to Maria Mas. I am the proud step-father of her three children, Stephanie (now 21), Steven (now 16) and Adore (Espel's daughter – now 13) we have a terrific family unit. It is stable and filled with great memories in the three years I have been in the family. Please consider This brief history of my experiences with Espel.

    When I first came into the family as Maria's boyfriend, I noticed incoming calls from Plymouth County Correctional Facility to the order of about six or seven calls per night. After questioning why no one answers the phone I quickly learned the terror the entire family endured. I decided to find out what we could do to keep the line from being hijacked so I answered. I did so only after discussing this mans history with some friends I have in town as well as some members of the police department. I tried taking a helpful approach. I was immediately met with insults and threats on the recorded prison line. After attempts to calm him and assure maybe I cold help. I discovered he wanted to speak with his daughter. I thought that was fair enough. I began talking with Adore, his daught who was 11 at the time. After a number of attempts I was able to convince her to just listen to him, that might calm things down. He assured me if I could, he would certainly appreciate it. I also told him I would help him sell his Toyota MR-2 that was located at Maria's residence. To which he would benefit from the proceeds. Since I am self-employed in the automotive industry, I spent my own time and money getting the car operational again and in fact it was sold to which he received ALL proceeds. I could not have been more incorrect in my assertion he would appreciate it. Things got worse. I was approached twice by his relative indicating how crazy he was, that once he had a child with a woman she would never be allowed to move on, and that if he was going to burn down our house he would provide him with assistance. I am paraphrasing of course. He has continuously brought his daughter to tears on the phone yelling at her that he knows his mother is filling her head with false ideas about him. All the while Maria can barely speak of the atrocities that took place.

    Your honor, I have done the best job possible with the children. I support Adore in her academics, projects and cheerleading competitions. Her mother and I are extremely proud of all the children, and reinforce this constantly. The have tremendous potential. An early release would only impede their progress. He has never apologized for anything and has showed no remorse for his action to Maria, the children or the community. Even our neighbors, some of whom will attend on Tuesday have had nothing but problems and are disturbed by the thought of his release. Thank you Your Honor for your time and consideration.

Sincerely,

*[signature]*
Joseph Passanise