# EXHIBIT 6

To the Honorable George O'Toole;

My name is Elizabeth Robinson and I am writing to you regarding Espel Calixto's upcoming sentencing hearing. Mr Calixto has been a figure in my life since I was a teenager. He had a relationship with my sister that resulted in three beautiful children but no other good came from it - He abused her horribly and at one point or another he threatened almost every member of my family.

He has not supported his children in any way but whenever he has been arrested and sent to jail, suddenly he demands to see them and somehow my sister "owes" him. He has even reached out to myself and my husband for help when he was arrested; conveniently forgetting the threats and intimidation from the years past.

If there is one thing I would like you to consider during sentencing, it is the fact that Mr. Calixto has little if any conscience. I have never once heard him take responsibility for any of his actions, it is always someone else's fault, and his expectation of help from everyone when he gets in trouble is astounding. I understand that Mr Calixto has found faith while in prison this time. I would hope this is true but my years of knowing leaves me skeptical. Based on history,

a more likely scenario is that faith will leave him as soon as he is released and the same arrogant, threatening personality will return, again thinking he "beat the system".

From what I understand the three strikes law is no longer applicable to him. However, I do believe Mr. Calixto should be held accountable for his actions to the fullest extent you can allow.

I actually hesitated about writing this letter, imagining the repercussions when he gets out, but decided it was finally time to say something about Mr. Calixto's actions against my family and request he receives an appropriate punishment for his behavior.

Thank you for taking the time to read this.

Sincerely,
Elizabeth Robinson