# EXHIBIT 7

Karen M. Comeiro
20 Wade Avenue
Woburn, MA  01810

January 14, 2008

Honorable George A. O'Toole
United States District Court
District of Massachusetts
1 Courthouse Way
Boston, MA  02210

Dear Judge O'Toole:

My name is Karen Comeiro and I reside at 20 Wade Avenue, Woburn, MA next door to 22 Wade Avenue, residence of Maria Mas and Espel Calixto, Jr. a/k/a/ Pico.  Mr. Calixto is currently incarcerated and is seeking probation and early release from the Court.  This letter is being written to express my concerns if that early release and probation are granted.

The Defendant, Mr. Calixto moved into the Wade Avenue neighborhood in 2002.  On August 10, 2002, the Defendant had another of his many house parties which normally lasted until the early morning hours.  On that particular night, at 3:30 am I heard from my bedroom window the commotion of vehicles coming and going and music playing.  I also heard a guest backing out into my newly installed vinyl fence and when I came out to inquire what had happened to the fence, the Defendant claimed he did not see or know anything about it and walked away from me.  Upon seeing the damage, in the morning I called the Woburn Police Department and Officer Michael Daggat arrived at my home to investigate the complaint.  I showed Officer Daggat the damaged fence and explained to him what had happened during the night.  I reiterated that I saw a blue vehicle hit the fence and when I asked the Defendant who had damaged the fence and that he would be responsible for the repairs, he ignored me and walked away.  Officer Daggat asked me who the neighbor was.  Upon hearing the name Calixto, he looked at me and said "Lady, I know this guy, he has been in and out of jail.  He is known for beating women and he was a major drug lord and involved with the Spanish Mafia."  Officer Daggat said I should stay away from him.

The Officer then went next door to speak with Mr. Calixto about the incident.  Officer Daggat returned and said that after speaking with Mr. Calixto, he had received an oral agreement from the Mr. Calixto that he would take care of the fence damages and pay for the replacement.  This agreement was never honored and indeed I ended up taking care of it myself.  See attached letter.  That was the beginning of my nightmare with this neighbor.

From the years 2002 through 2004 Mr. Calixto continuously struck my fence in different areas.  I have repeatedly spent my own money to repair the damage except for once when paid by Ms. Mas.  At that time, Ms. Mas asked that Mr. Calixto not find out she had paid from her own pocket.  After numerous discussions about the many occasions in which my fence was broken and getting nowhere, I told Mr. Calixto that I would have no recourse but to submit a claim through Small Claims Court in Woburn District Court for damages incurred in 2003.

In late September-early October I was outside in my backyard painting my garage and observed the Defendant talking to a couple of men that he called over to clean his leaves up for him. I overheard him telling them, "see that 'Bitch' next door she thinks she is taking me to Court - that Bitch is dead." I went to the Woburn Police and reported Mr. Calixto's comments. I also reported the phone conversations I had overheard where Mr. Calixto would make threats over his cell phone to whomever he was speaking with regarding not correctly completing whatever task he had told them to do. There was also a very high volume of associates stopping by during the day and evening. On one particular evening at dusk, I was on my porch and observed a car coming up the street. The driver was Mr. Calixto's former wife, Maryann. Upon seeing the car, he started yelling that he was going to "kill you bitch", went to his car, pulled out a baseball bat and swung the bat at the windshield of Maryann's car as it was driving by, all the while cursing so loudly that the neighbors heard him. At this latest violence, I became scared, went into the house and locked the door for fear he would turn his rage onto someone else.

I understand that Mr. Calixto has petitioned the court to reduce his sentence on the basis of good conduct and that he has found God and has become a good Christian. As a neighbor for three years and witness to his senseless unlawful behavior, I implore your Honor to seriously take into consideration the facts I have set forth in this letter. Mr. Calixto has exhibited disregard for his fellow neighbors, threatening behavior, cruelty and battery of women, and general disreputable actions. I feel that releasing Mr. Calixto would be a threat to society as I feel he has not changed his ways. I fear for my life if he is back on the streets. Just finding God, is not a criteria to be used in early release of a prisoner.

I wish to thank your Honor for your time and consideration of this matter.

Karen M. Comeiro

cc: Lisa A. Asiaf, Esq.
    U.S. Attorney's Office

September 23, 2002

Maria Mas
Espel Calixto, Jr. a/k/a Pico
22 Wade Avenue
Woburn, MA 01801

      Date of Incident: August 10, 2002.
      Re: Property Damage at 20 Wade Avenue, Woburn, MA (Vinyl Fence)

Dear Ms. Mas and Mr. Calixto:

      As agreed upon by you on August 11, 2002 to officer Michael Daggat of the Woburn Police Department for damages of the above-entitled fence, attached herewith is a bill reflecting the cost for materials, labor and delivery for replacement.

      In accordance with your agreement, payment is expected forthwith.

                                      Karen M. Delaney Comeiro

Cc: Officer Michael Daggat
      Woburn Police Department
// Maria Mas #781-935-0228

USIDOCS 1507394v1