# EXHIBIT 8

Jan. 12, 2008

Honorable George O'Toole

Dear Sir;

I will begin by introducing myself. I am William E. Mulrenan, seventy one years old, married to Mary Cannon for fifty years.

We are the parents of five children, twelve grand children, two great grand children. Our fourth child is Mary Ellen who at the age of fifteen meet Esprel "Pico" Calixto, who within two years controled her mind. She has three children with "Pico" and has had to bring them up by herself.

We love our daughter and grand children and have always supported them through all the problems caused by Pico.

My daughter has been beaten, ~~and~~ and controled by fear. Pico has threaten my life, to do harm to my wife and children. The front of my house has been shotgunned, my front door destroyed and over the years we have received numerous threatening calls. at all hours.

WE have had peace for three years
and would like to see Espel "Pieo"
Calixto serve his full sentence

Thank you and God Bless

William E. Mulmead