# **EXHIBIT 9**



Jan. 12, 2008

Your Honor,

I am the mother of Maryellen Mulrenan, common law wife of Espel Calixto, and grandmother to their three children.

I understand he is coming up for sentencing and I must tell you of the trepidation I feel.

This man is a controlling person, that has ruined Maryellen's life.

He is a wife beater, (i.e. black eyes, punctured lung, broken ribs, etc.) and promised retaliation to our family.

To this day, she does not want us to be in court, as she is afraid it will start all over again.

She has brought up her three children on her own and is going to college to become a nurse and working at Lahey Clinic.

Thank you,
Mary Mulrenan

