# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

ESPEL CALIXTO JR.

CASE NO. 04-10269-GAO

## NOTICE OF APPEAL

**Notice is hereby given that** ESPEL CALIXTO **above named, hereby appeals from the** JUDGMENT **entered in the above entitled action on** JANUARY 16, 2008 .

By the Court,

1/22/08
**Date**

/S/ Gina Edge
**Deputy Clerk**

(Notice of Appeal.wpd - 12/98)          [app., kdapp., kgapp., kcustapp.]