1

To: Honorable George A. O'Toole
From: Casel Calexto Jr.

1-21-08

FILED
IN CLERKS OFFICE
2008 JAN 25 P 3:26

Your Honor,

I'm writing in regards to my Sentencing hearing, which was held on 1-15-08. Your Honor please understand the opportunity before me. I had, nor have any intentions on going back to Woburn, Mass to harass or hurt anyone. Your Honor I asked Chaplain Dan and Dave to help me relocate out here in the Plymouth area 1 year ago. Again I'd be living with Pastor Dave Silva, I have a job with Dave Silva at Compass Point, a Christian Halfway House for ex-Felons. Working with him would keep me occupied for the 1st year. Then I'd be off too Wheaton, Illinois. I can get that Scholarship Your Honor. Please don't close the doors on these opportunities. This is a great opportunity for me, that I may never get again, to have an education, and a career. Please see what lies before me Your Honor, these opportunities don't come bye very often. I'd be in Illinois studying to become somebody Your Honor! Please think about this! I don't want to lose this Scholarship, it means the world to me! I've moved on with my life, and that's what everyone in my past should do also. I'm looking to better myself and to help people in the Future! My past relationships are in the past. I'm not turning back to hurt anyone or my Future. I'm 44 years old Your Honor! Please reconsider! This is a chance of

2

a lifetime! I may never get a chance like this again. If things stay as they are I'll be 52 years old when I'm released, broke, and no where to live! Allow me Your Honor to rebuild and make a life. What will I have left to build on at 52, broke, and Homeless! Please think Your Honor! Inside is a magazine with an article on Chaplain Dan. Page 13, please read, I have the same chance!

Please don't shut these doors. I beg You Your Honor!

Ezpd Calryh!

P.S. This Scholarship means so much to me, Please Your Honor, Think Hard, I really desire this Scholarship. This is my chance. Couldn't something have been worked out Your Honor! Placed on strict supervision, Remain out of Woburn, Report To the U.S. District Court on a weekly Basis! No contact with anyone from Woburn, for my 1st year of release, then I'd be in Illinois!

Please Reconsider!