UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. |
|  | ) | 04-10269-GAO |
|  | ) |  |
| V. | ) |  |
|  | ) |  |
| ESPEL CALIXTO, JR. | ) |  |
|  | ) |  |

## MOTION FOR APPOINTMENT OF COUNSEL

Now comes the defendant and respectfully moves this Honorable Court for the appointment of counsel for post conviction representation.

As grounds for the foregoing the defendant states that he is indigent and has been sentenced to a committed term of 188 months. A notice of appeal has been entered on behalf of the defendant and he requests the appointment of counsel to pursue all appellate avenues.

Undersigned counsel, who was privately retained, is filing a motion to withdraw.

                                              Respectfully submitted,
                                              Espel Calixto, Jr.,
                                              By his attorney,

                                              /s/ Francis T. O'Brien, Jr.
                                              FRANCIS T. O'BRIEN, JR.
                                              BBO # 548457
                                              One Constitution Center
                                              Boston, MA  02109
                                              617-886-0500

Dated: January 28, 2008

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of this document was served via electronic filing notification to A.U.S.A. Lisa Asiaf, United States Attorney's Office, Suite 9200 U.S. Courthouse, 1 Courthouse way, Boston, MA 02210.

| | |
|---|---|
| Dated: January 28, 2008 | /s/ Francis T. O'Brien, Esq. |
| | Francis T. O'Brien, Jr. |