UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. |
|  | ) | 04-10269-GAO |
|  | ) |  |
| V. | ) |  |
|  | ) |  |
| ESPEL CALIXTO, JR. | ) |  |
|  | ) |  |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR THE DEFENDANT

Now comes undersigned counsel and respectfully moves this Honorable Court for leave to withdraw as counsel for the defendant.

As grounds for the foregoing the undersigned states that he has filed a motion for appointment of appellate counsel for the defendant. Undersigned counsel was privately retained to represent the defendant up through and including sentencing. The defendant is indigent and therefore without funds to retain appellate counsel.

Respectfully submitted,
Espel Calixto, Jr.,
By his attorney,

/s/ Francis T. O'Brien, Jr.
FRANCIS T. O'BRIEN, JR.
BBO # 548457
One Constitution Center
Boston, MA  02109
617-886-0500

Dated: January 28, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of this document was served via electronic filing notification to A.U.S.A. Lisa Asiaf, United States Attorney's Office, Suite 9200 U.S. Courthouse, 1 Courthouse way, Boston, MA  02210.

Dated:  January 28, 2008                         /s/ Francis T. O'Brien, Jr.
                                                 Francis T. O'Brien, Jr.