APPEAL

# United States District Court
## District of Massachusetts (Boston)
### CRIMINAL DOCKET FOR CASE #: 1:04-cr-10269-GAO-1

Case title: USA v. Calixto                                      Date Filed: 09/01/2004
Magistrate judge case number: 1:04-mj-00010-LPC     Date Terminated: 01/16/2008

Assigned to: Judge George A. OToole, Jr

### Defendant (1)

**Espel Calixto, Jr.**
*TERMINATED: 01/16/2008*
*also known as*
Pico
*TERMINATED: 01/16/2008*

represented by **Charles P. McGinty**
Federal Defender's Office
408 Atlantic Ave.
Third Floor
Boston, MA 02110
617-223-8061
Fax: 617-223-8080
Email: charles_mcginty@fd.org
*TERMINATED: 09/09/2004*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or
Community Defender Appointment*

**Francis T. O'Brien, Jr.**
160 State Street
8th Floor
Boston, MA 02109
617-886-0500
Fax: 617-722-0144
Email: fob@parkerscheer.com
*TERMINATED: 01/30/2008*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

### Pending Counts

**Disposition**

188 months on each of counts 1,2, and
3, to run concurrently with each other.
The court recommends to the Bureau of
Prisons that the defendant participate in

the bureau of Prisons' 500-Hour Residential Drug Abuse Program. Defendant is remanded. 6 years supervised release on each of counts 1,2, and 3, to run concurrently with each other. Deft. to cooperate in collectioin of DNA; The defendant is not to consume any alcoholic beverages; the defendant is to participate in a program for substance abuse counseling as directed by the United States Probation Office. which program may include testing, not to exceed 104 drug tests per year, to determine whether the defendant has reverted to the use of alcohol or drugs. The defendant shall be required to contribute to the costs of services for such treatment based on the ability to pay or availability of third party payment; The defendant is to participate in a mental health treatment program as directed by the Probation Office. The defendant shall be required to contribute to the costs of services for such treatment based on the ability to pay or availability of third-party payment; Defendant is to attend an anger management program. as directed by the Probation Officer. Defendant is assessed $300.00. No fine imposed. Restitution no applicable.

188 months on each of counts 1,2, and 3, to run concurrently with each other. The court recommends to the Bureau of Prisons that the defendant participate in the bureau of Prisons' 500-Hour Residential Drug Abuse Program. Defendant is remanded. 6 years supervised release on each of counts 1,2, and 3, to run concurrently with each other. Deft. to cooperate in collectioin of DNA; The defendant is not to consume any alcoholic beverages; the defendant is to participate in a program for substance abuse counseling as directed by the United States Probation Office, which program may include testing, not to exceed 104 drug tests per year, to

21:846-CONSPIRACY TO DISTRIBUTE COCAINE
(1)

21:841 (a)(1)-DISTRIBUTION OF COCAINE; 18 usc 2- AIDING AND

ABETTING
(2-3)

determine whether the defendant has reverted to the use of alcohol or drugs. The defendant shall be required to contribute to the costs of services for such treatment based on the ability to pay or availability of third party payment; The defendant is to participate in a mental health treatment program as directed by the Probation Office. The defendant shall be required to contribute to the costs of services for such treatment based on the ability to pay or availability of third-party payment; Defendant is to attend an anger management program, as directed by the Probation Officer. Defendant is assessed $300.00. No fine imposed. Restitution no applicable.

## Highest Offense Level (Opening)

Felony

## Terminated Counts

None

**Disposition**

## Highest Offense Level (Terminated)

None

## Complaints

**Disposition**

21:841A=CD.F

188 months on each of counts 1,2, and 3, to run concurrently with each other. The court recommends to the Bureau of Prisons that the defendant participate in the bureau of Prisons' 500-Hour Residential Drug Abuse Program. Defendant is remanded. 6 years supervised release on each of counts 1,2, and 3, to run concurrently with each other. Deft. to cooperate in collectioin of DNA; The defendant is not to consume any alcoholic beverages; the defendant is to participate in a program for substance abuse counseling as directed by the United States Probation Office, which program may include testing, not to exceed 104 drug tests per year, to

determine whether the defendant has reverted to the use of alcohol or drugs. The defendant shall be required to contribute to the costs of services for such treatment based on the ability to pay or availability of third party payment; The defendant is to participate in a mental health treatment program as directed by the Probation Office. The defendant shall be required to contribute to the costs of services for such treatment based on the ability to pay or availability of third-party payment; Defendant is to attend an anger management program, as directed by the Probation Officer. Defendant is assessed $300.00. No fine imposed. Restitution no applicable.

## Plaintiff

**USA**

represented by **John A. Wortmann, Jr.**
United States Attorney's Office
John Joseph Moakley Federal
Courthouse
1 Courthouse Way
Boston, MA 02110
617-748-3207
Fax: 617-748-3963
Email: john.wortmann@usdoj.gov
*TERMINATED: 06/23/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lisa M. Asiaf**
United States Attorney's Office
Major Crimes Unit
John Joseph Moakley U.S. Courthouse
Suite 9200
Boston, MA 02210
(617) 748-3268
Fax: (617) 748-3951
Email: lisa.asiaf@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter K. Levitt**
United States Attorney's Office
John Joseph Moakley Federal

Courthouse
1 Courthouse Way
Suite 9200
Boston, MA 02210
617-748-3100
Fax: 617-748-3965
Email: Peter.Levitt@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/04/2004 | 1 | COMPLAINT as to Espel Calixto Jr. (1). (Simeone, Maria)[1:04-mj-00010-LPC] (Entered: 08/05/2004) |
| 08/04/2004 | 3 | Arrest Warrant Issued as to Espel Calixto Jr.. (Simeone, Maria)[1:04-mj-00010-LPC] (Entered: 08/10/2004) |
| 08/05/2004 | | electronic Clerk's Notes for proceedings held before Judge Lawrence P. Cohen :Initial Appearance as to Espel Calixto Jr. held on 8/5/2004; John Wortmann for Govt; Bob Wheeler for deft; Court addresses deft and reads him his rights; court goes [1:04over charges and atty privileges; Govt moves for detention and explains maximum penalties; Court orders deft held until detention hearing; deft remanded to the custody of the US Marshal; Detention Hearing set for 8/10/2004 02:30 PM in Courtroom 23 be[1:04fore Magistrate Judge Lawrence P. Cohen. (Court Reporter digital.) (Simeone, Maria)[1:04-mj-00010-LPC] (Entered: 08/05/2004) |
| 08/05/2004 | | Arrest Warrant Returned Executed on 8/5/04. as to Espel Calixto Jr.. (Simeone, Maria)[1:04-mj-00010-LPC] (Entered: 08/10/2004) |
| 08/09/2004 | 2 | Judge Lawrence P. Cohen : ORDER entered ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Espel Calixto Jr. Charles P. McGinty for Espel Calixto, Charles P. McGinty for Espel Calixto appointed. (Simeone, Maria)[1:04-mj-00010-LPC] (Entered: 08/09/2004) |
| 08/10/2004 | | electronic Clerk's Notes for proceedings held before Judge Lawrence P. Cohen :Detention Hearing as to Espel Calixto Jr. held on 8/10/2004; Frank O'Brian for Deft; John Wortmann for Govt; Defense states deft is prepared to waive detention;[1:04 court to issue an order of voluntary detention with out prejudice to reconsideration; any reconsideration should be filed in motion form; defense counsel addresses court as to classification of deft by Bureau of Prisons; (Court Reporter digital.) ([1:04Simeone, Maria)[1:04-mj-00010-LPC] (Entered: 08/10/2004) |
| 08/11/2004 | | Attorney update in case as to Espel Calixto Jr.. Attorney Francis T. O'Brien for Espel Calixto added. Attorney Charles P. McGinty terminated. (Cohen, Lawrence)[1:04-mj-00010-LPC] (Entered: 08/11/2004) |
| 08/11/2004 | 4 | Judge Lawrence P. Cohen : ORDER entered ORDER OF DETENTION as to Espel Calixto Jr. (Cohen, Lawrence)[1:04-mj-00010-LPC] (Entered: |

|  |  | 08/11/2004) |
|---|---|---|
| 09/01/2004 | 5 | INDICTMENT as to Espel Calixto Jr. (1) count(s) 1, 2-3. (Diskes, Sheila) (Entered: 09/02/2004) |
| 09/01/2004 | 6 | Judge George A. O'Toole Jr.: ORDER entered ORDER REFERRING CASE to Magistrate Judge Lawrence P. Cohen Reason for referral: PRETRIAL as to Espel Calixto Jr. (Diskes, Sheila) (Entered: 09/02/2004) |
| 09/09/2004 | ◔ | Attorney update in case as to Espel Calixto Jr.. Attorney Francis T. O'Brien for Espel Calixto added. Attorney Charles P. McGinty terminated. (Simeone, Maria) (Entered: 09/09/2004) |
| 09/09/2004 | ◔ | Set ARRAIGNMENT as to Espel Calixto Jr.: Arraignment set for 9/16/2004 12:00 PM in Courtroom 23 before Magistrate Judge Lawrence P. Cohen. (Simeone, Maria) (Entered: 09/09/2004) |
| 09/16/2004 | ◔ | electronic Clerk's Notes for proceedings held before Judge Lawrence P. Cohen :Arraignment as to Espel Calixto Jr. (1) Count 1,2-3 held on 9/16/2004, Plea entered by Espel Calixto Jr. Not Guilty on counts all counts. Francis O'Brian for Deft; John Wortmann for govt; Deft is arraigned and pleads not guilty to all counts; Automatic Discovery; Initial Status Conference set for 10/28/2004 11:45 AM in Courtroom 23 before Magistrate Judge Lawrence P. Cohen. (Court Reporter digital.) (Simeone, Maria) (Entered: 09/16/2004) |
| 09/16/2004 | 7 | Judge Lawrence P. Cohen : ORDER entered INITIAL SCHEDULING ORDER as to Espel Calixto Jr. Initial Status Conference set for 10/28/2004 11:45 AM in Courtroom 23 before Magistrate Judge Lawrence P. Cohen. (Cohen, Lawrence) (Entered: 09/16/2004) |
| 09/16/2004 | 8 | Judge Lawrence P. Cohen : ORDER entered ORDER ON EXCLUDABLE DELAY as to Espel Calixto Jr. Time excluded from 9/16/04 until 10/14/04. (Cohen, Lawrence) (Entered: 09/16/2004) |
| 10/28/2004 | ◔ | Clerk's Notes for proceedings held before Judge Lawrence P. Cohen :Status Conference as to Espel Calixto Jr. on 10/28/2004; counsel for deft unable to be present; John Wortmann for the Govt files a joint status report and court adopts joint report. (Simeone, Maria) (Entered: 10/28/2004) |
| 10/28/2004 | 9 | Judge Lawrence P. Cohen : ORDER entered REPORT AND ORDER on Initial Status Conference as to Espel Calixto Jr. Final Status Conference set for 12/7/2004 02:30 PM in Courtroom 23 before Magistrate Judge Lawrence P. Cohen. (Cohen, Lawrence) (Entered: 10/28/2004) |
| 10/28/2004 | 10 | Judge Lawrence P. Cohen : ORDER entered ORDER ON EXCLUDABLE DELAY as to Espel Calixto Jr. Time excluded from 10/28/04 until 12/7/04. (Cohen, Lawrence) (Entered: 10/28/2004) |
| 10/28/2004 | 11 | JOINT MEMORANDUM of the parties re initial status conference as to Espel Calixto Jr. (Simeone, Maria) (Entered: 10/28/2004) |
| 12/14/2004 | 12 | STATUS REPORT *joint* by USA as to Espel Calixto Jr. (Wortmann, |

|  |  | John) (Entered: 12/14/2004) |
|---|---|---|
| 12/14/2004 | ☋ | Reset status conference as to Espel Calixto Jr.: Status Conference reset for 12/16/2004 02:00 PM in Courtroom 23 before Magistrate Judge Lawrence P. Cohen. (Simeone, Maria) (Entered: 12/14/2004) |
| 12/16/2004 | ☋ | electronic Clerk's Notes for proceedings held before Magistrate Judge Lawrence P. Cohen :Status Conference as to Espel Calixto Jr. held on 12/16/2004; John Wortmann for Govt; Frank O'Brien for Deft; counsel agree to have an additional 30 days; all motions due by 1/14/05; order of excludable delay to follow 12/8/04-1/18/05; Status Conference set for 1/18/2005 11:15 AM in Courtroom 23 before Magistrate Judge Lawrence P. Cohen. (Court Reporter digital.) (Simeone, Maria) (Entered: 12/16/2004) |
| 12/17/2004 | ☋13 | Magistrate Judge Lawrence P. Cohen : ORDER entered REPORT AND ORDER on Initial Status Conference as to Espel Calixto Jr. Motions due by 1/14/2005. Final Status Conference set for 1/18/2005 11:15 AM in Courtroom 23 before Magistrate Judge Lawrence P. Cohen. (Cohen, Lawrence) Modified on 12/20/2004 (Simeone, Maria). (Entered: 12/17/2004) |
| 12/17/2004 | ☋14 | Magistrate Judge Lawrence P. Cohen : ORDER entered ORDER ON EXCLUDABLE DELAY as to Espel Calixto Jr. Time excluded from 12/16/04 until 1/18/05. (Cohen, Lawrence) Modified on 12/20/2004 (Simeone, Maria). (Entered: 12/17/2004) |
| 01/18/2005 | ☋ | ElectronicClerk's Notes for proceedings held before Judge Lawrence P. Cohen :InterimStatus Conference as to Espel Calixto, Jr held on 1/18/2005; defense counsel needs more time; court orders case to be sent up to the district Judge for final status conference (Court Reporter digital.) (Simeone, Maria) (Entered: 01/18/2005) |
| 01/18/2005 | ☋15 | Judge Lawrence P. Cohen : ORDER entered. REPORT AND ORDER on Final Status Conference as to Espel Calixto, Jr (Cohen, Lawrence) (Entered: 01/18/2005) |
| 01/18/2005 | ☋ | Case as to Espel Calixto, Jr no longer referred to Magistrate Judge Lawrence P. Cohen. (Cohen, Lawrence) (Entered: 01/18/2005) |
| 01/18/2005 | ☋16 | MOTION to schedule pretrial conference as to Espel Calixto, Jrby USA. (Wortmann, John) Modified on 1/25/2005 to correct text (Edge, Eugenia). (Entered: 01/18/2005) |
| 01/25/2005 | ☋ | NOTICE OF HEARING as to Espel Calixto, Jr Pretrial Conference set for 1/31/2005 02:15 PM in Courtroom 9 before Judge George A. O'Toole Jr.. Please mark your calendars accordingly. cc/cl(Lyness, Paul) (Entered: 01/25/2005) |
| 01/31/2005 | ☋ | Electronic Clerk's Notes for proceedings held before Judge George A. O'Toole Jr.:Status Conference as to Espel Calixto, Jr held on 1/31/2005 Status Conference set for 3/7/2005 02:00 PM in Courtroom 9 before Judge George A. O'Toole Jr.. All time between 1/18/05 and 3/7/05 is |

| | | |
|---|---|---|
| | | excluded in the interest of justice. (Court Reporter Shelly Killian.) (Lyness, Paul) (Entered: 02/02/2005) |
| 03/07/2005 | | Electronic Clerk's Notes for proceedings held before Judge George A. O'Toole Jr.:Status Conference as to Espel Calixto, Jr held on 3/7/2005 A Status Conference is set for 5/11/2005 02:00 PM in Courtroom 9 before Judge George A. O'Toole Jr.. all time between 3/7/05 and 5/11/05 is excluded in the interest of justice.(Court Reporter Shelly Killian.) (Lyness, Paul) (Entered: 03/07/2005) |
| 05/09/2005 | 17 | NOTICE OF ATTORNEY APPEARANCE Peter K. Levitt appearing for USA. (Levitt, Peter) (Entered: 05/09/2005) |
| 05/11/2005 | | Electronic Clerk's Notes for proceedings held before Judge George A. O'Toole Jr.:Status Conference as to Espel Calixto, Jr held on 5/11/2005 Jury Selection set for 9/12/2005 09:00 AM in Courtroom 9 before Judge George A. O'Toole Jr.. Jury Trial set for 9/12/2005 09:00 AM in Courtroom 9 before Judge George A. O'Toole Jr.. Final Pretrial Conference set for 9/1/2005 02:00 PM in Courtroom 9 before Judge George A. O'Toole Jr.. all time between 5/11/05 and 9/12/05 is excluded in the interest of justice.(Court Reporter Shelly Killian.) (Lyness, Paul) (Entered: 05/12/2005) |
| 05/16/2005 | | Judge George A. O'Toole Jr.: Electronic ORDER entered finding as moot 16 Motion to schedule pretrial conference as to Espel Calixto Jr. (1) (Lyness, Paul) (Entered: 05/16/2005) |
| 08/01/2005 | | NOTICE OF HEARING as to Espel Calixto, JrPursuant to the status conference on May 11, 2005, a Pretrial Conference set for 9/1/2005 02:00 PM in Courtroom 9 before Judge George A. O'Toole Jr.. (Lyness, Paul) (Entered: 08/01/2005) |
| 08/02/2005 | 18 | Assented to MOTION to Continue trial to September 12, 2005 to vacate prior state convictions.as to Espel Calixto, Jr. c/s(Edge, Eugenia) (Entered: 08/03/2005) |
| 08/03/2005 | | Judge George A. O'Toole Jr.: Electronic ORDER entered granting 18 Motion to Continue as to Espel Calixto Jr. (1) (Lyness, Paul) (Entered: 08/03/2005) |
| 08/03/2005 | | NOTICE OF RESCHEDULING as to Espel Calixto, Jr Jury Selection set for 12/12/2005 09:00 AM in Courtroom 9 before Judge George A. O'Toole Jr.. Jury Trial set for 12/12/2005 09:00 AM in Courtroom 9 before Judge George A. O'Toole Jr..Final Pretrial Conference set for 12/1/2005 02:00 PM in Courtroom 9 before Judge George A. O'Toole Jr.. All time between 9/12/05 and 12/12/05 is excluded in the interest of justice. Please mark your calendars accordingly.(Lyness, Paul) (Entered: 08/03/2005) |
| 11/29/2005 | 19 | Assented to MOTION to Continue Trial Date and PreTrial Conference as to Espel Calixto, Jr. (Lyness, Paul) (Entered: 11/29/2005) |
| 11/29/2005 | | Judge George A. O'Toole Jr.: Electronic ORDER entered granting 19 |

|  |  | Motion to Continue as to Espel Calixto Jr. (1) Jury Selection set for 4/3/2006 09:00 AM in Courtroom 9 before Judge George A. O'Toole Jr.. Jury Trial set for 4/3/2006 09:00 AM in Courtroom 9 before Judge George A. O'Toole Jr.. Final Pretrial Conference set for 3/23/2006 02:00 PM in Courtroom 9 before Judge George A. O'Toole Jr..No further continuances will be allowed. All time is to be excluded in the interest of justice. (Lyness, Paul) (Entered: 11/29/2005) |
|---|---|---|
| 01/25/2006 |  | Terminate Deadlines and Hearings as to Espel Calixto, Jr: (Lyness, Paul) (Entered: 01/25/2006) |
| 02/21/2006 | 20 | NOTICE OF ATTORNEY APPEARANCE Lisa M. Asiaf appearing for USA. (Asiaf, Lisa) (Entered: 02/21/2006) |
| 03/10/2006 | 21 | Joint MOTION to Continue *Final Pretrial Conference and Trial dates (of March 23, 2006 and April 3, 2006, respectively)* to on/after April 26, 2006 to appear for a Rule 11 Hearing as to Espel Calixto, Jrby Espel Calixto, Jr, USA. (Asiaf, Lisa) (Entered: 03/10/2006) |
| 03/13/2006 |  | Judge George A. O'Toole Jr.: Electronic ORDER entered granting 21 Motion to Continue as to Espel Calixto Jr. (1) (Lyness, Paul) (Entered: 03/13/2006) |
| 03/13/2006 |  | NOTICE CANCELLING DEADLINE as to Espel Calixto, Jr. Deadline cancelled: The final pre trial conference and the jury trial (Lyness, Paul) (Entered: 03/13/2006) |
| 03/13/2006 |  | NOTICE OF HEARING as to Espel Calixto, Jr Change of Plea Hearing set for 4/27/2006 02:15 PM in Courtroom 9 before Judge George A. O'Toole Jr.. Please mark your calendars accordingly.(Lyness, Paul) (Entered: 03/13/2006) |
| 04/13/2006 | 22 | Assented to MOTION to Continue to June 2006 to negotiate plea agreement as to Espel Calixto, Jr. (Edge, Eugenia) (Entered: 04/14/2006) |
| 04/14/2006 | 23 | Notice issued to Attorney Francis T. O'Brien regarding mandatory use of ECF in compliance with Local Rule 5.4 as to Espel Calixto, Jr. Failure to comply may result in the imposition of sanctions. (Edge, Eugenia) (Entered: 04/14/2006) |
| 04/18/2006 |  | Judge George A. O'Toole Jr.: Electronic ORDER entered granting 22 Motion to Continue as to Espel Calixto Jr. (1) Change of Plea Hearing set for 7/12/2006 02:00 PM in Courtroom 9 before Judge George A. O'Toole Jr.. Please mark your calendars accordingly. (Lyness, Paul) (Entered: 04/18/2006) |
| 06/14/2006 | 24 | MOTION to Appoint Counsel and MOTION to Withdraw as Attorney by O'Brien. as to Espel Calixto, Jr. c/s (Attachments: # 1 Affidavit of Atty. O'Brien)(Edge, Eugenia) (Entered: 06/15/2006) |
| 06/23/2006 | 25 | NOTICE of Withdrawal of Appearance as to Espel Calixto, Jr (Wortmann, John) (Entered: 06/23/2006) |
| 07/05/2006 | 26 | Letter (non-motion) regarding request to appear before Judge O'Toole to |

| | | |
|---|---|---|
| | | discuss the issue of counsel wishing to withdraw as to Espel Calixto, Jr (Lyness, Paul) (Entered: 07/05/2006) |
| 07/12/2006 | ❑ | ElectronicClerk's Notes for proceedings held before Judge George A. O'Toole Jr.:Status Conference as to Espel Calixto, Jr held on 7/12/2006. Defense makes oral motion for short continuance. Court GRANTS, in open court, motion for short continuance. In the interest of justice, all time from 7/12/2006 to 7/26/2006 is excluded. Status Conference set for 7/26/2006 02:30 PM in Courtroom 9 before Judge George A. O'Toole Jr.. (Court Reporter Shelly Killian.) (Edge, Eugenia) (Entered: 07/12/2006) |
| 07/26/2006 | ❑ | ElectronicClerk's Notes for proceedings held before Judge George A. O'Toole Jr.:Status Conference as to Espel Calixto, Jr held on 7/26/2006. AUSA Asiaf, gov't. O'Brien for defendant. Defendant present. Counsel for defendant withdraws his motion for withdrawal. NO FURTHER CONTINUANCES WILL BE ALLOWED. All time between 7/26/06 thru 11/9/06 will be excluded. Change of Plea Hearing set for 11/9/2006 02:00 PM in Courtroom 9 before Judge George A. O'Toole Jr.. (Court Reporter Shelly Killian.) (Edge, Eugenia) Modified on 7/27/2006 (Edge, Eugenia). (Entered: 07/27/2006) |
| 07/26/2006 | ❑ | Motions terminated as to Espel Calixto, Jr: 24 MOTION to Appoint Counsel MOTION to Withdraw as Attorney by O'Brien. filed by Espel Calixto, Jr.. See clerk's note dated 7/26/06. (Edge, Eugenia) (Entered: 07/27/2006) |
| 10/25/2006 | ❑ | Reset Hearings as to Espel Calixto, Jr: Change of Plea Hearing set for 11/14/2006 02:00 PM in Courtroom 9 before Judge George A. O'Toole Jr.. Please mark your calendars accordingly. (Lyness, Paul) (Entered: 10/25/2006) |
| 11/13/2006 | ❑ | ELECTRONIC NOTICE CANCELLING DEADLINE as to Espel Calixto, Jr. Deadline cancelled: The Rule 11 hearing scheduled for 11/14/06 at 2:00pm is cancelled.Counsel to be notified of new date by court.(Lyness, Paul) (Entered: 11/13/2006) |
| 11/13/2006 | ❑ | Reset Hearings as to Espel Calixto, Jr: Change of Plea Hearing set for 12/6/2006 02:15 PM in Courtroom 9 before Judge George A. O'Toole Jr.. Please mark your calendars accordingly. (Lyness, Paul) (Entered: 11/13/2006) |
| 12/04/2006 | ❑27 | MOTION to Continue *Rule 11 Hearing Date* as to Espel Calixto, Jr. (O'Brien, Francis) (Entered: 12/04/2006) |
| 12/06/2006 | ❑ | Remark as to Espel Calixto, Jr: - Counsel is to appear before the court as scheduled today. (Lyness, Paul) (Entered: 12/06/2006) |
| 12/06/2006 | ❑ | Set/ Hearings as to Espel Calixto, Jr: Status Conference set for 12/11/2006 02:00 PM in Courtroom 9 before Judge George A. O'Toole Jr.. UNDER NO CIRCUMSTANCES WILL A FURTHER CONTINUANCE BE GRANTED. (Lyness, Paul) (Entered: 12/06/2006) |
| 12/11/2006 | ❑ | ElectronicClerk's Notes for proceedings held before Judge George A. |

| | | |
|---|---|---|
| | | O'Toole Jr.: Status Conference as to Espel Calixto, Jr held on 12/11/2006. The motion to continue the Rule 11 Hearing for a period of 90 days ( # 27) is DENIED. Motions terminated as toEspel Calixto, Jr: Change of Plea Hearing set for 1/4/2007 02:30 PM in Courtroom 9 before Judge George A. O'Toole Jr.. (Court Reporter Shelly Killian.) (Lyness, Paul) Modified on 12/11/2006 (Lyness, Paul). (Entered: 12/11/2006) |
| 01/04/2007 | ○ | ElectronicClerk's Notes for proceedings held before Judge George A. O'Toole Jr.:Change of Plea Hearing as to Espel Calixto, Jr held on 1/4/2007, Plea entered by Espel Calixto Jr. (1) Guilty Count 1,2-3. PSR Ordered. Defendant continued Remanded. (Court Reporter Shelly Killian.) (Lyness, Paul) (Entered: 01/05/2007) |
| 01/04/2007 | 28 | Judge George A. O'Toole Jr.: ORDER entered. PROCEDURAL ORDER re sentencing hearing as to Espel Calixto, Jr Sentencing set for 4/5/2007 02:15 PM in Courtroom 9 before Judge George A. O'Toole Jr.. (Lyness, Paul) (Entered: 01/05/2007) |
| 03/13/2007 | 29 | Assented to MOTION to Continue *Sentencing Date* to June 5, 2007 as to Espel Calixto, Jr. (O'Brien, Francis) (Entered: 03/13/2007) |
| 03/15/2007 | ○ | Judge George A. O'Toole Jr.: Electronic ORDER entered granting 29 Motion to Continue as to Espel Calixto Jr. (1) Sentencing set for 6/28/2007 02:30 PM in Courtroom 9 before Judge George A. O'Toole Jr.. (Edge, Eugenia) (Entered: 03/15/2007) |
| 05/09/2007 | 30 | Letter (non-motion) regarding docket sheet as to Espel Calixto, Jr (Edge, Eugenia) (Entered: 05/09/2007) |
| 05/09/2007 | ○ | Docket sheet sent to Espel Calixto : PCCF 26 Long Pond Road Plymouth MA 02360 (Edge, Eugenia) (Entered: 05/09/2007) |
| 05/14/2007 | 31 | Letter (non-motion) regarding Request for documents as to Espel Calixto, Jr (Edge, Eugenia) (Entered: 05/17/2007) |
| 05/14/2007 | 32 | Letter (non-motion) regarding Pending state issues as to Espel Calixto, Jr (Edge, Eugenia) (Entered: 05/17/2007) |
| 05/24/2007 | 33 | Letter (non-motion) regarding Copies of Documents as to Espel Calixto, Jr (Edge, Eugenia) (Entered: 05/24/2007) |
| 05/24/2007 | 34 | Copy of 28 U S C sec 1915(c) mailed as to Espel Calixto, Jr: DEFENDANT SHOULD MAKE REQUEST FOR COPIES THROUGH COUNSEL. (Edge, Eugenia) (Entered: 05/24/2007) |
| 06/12/2007 | 35 | Assented to MOTION to Continue *Sentencing* to 9/26/2007 as to Espel Calixto, Jr. (O'Brien, Francis) (Entered: 06/12/2007) |
| 06/14/2007 | 36 | Letter (non-motion) regarding June 28, 2007 Sentencing AND Requesting return of attorney fees as to Espel Calixto, Jr (Attachments: # 1 Cover Letter# 2 Letter to Atty. Frank O'Brien)(Edge, Eugenia) Modified on 6/15/2007 (Edge, Eugenia). (Entered: 06/15/2007) |
| 06/22/2007 | ○ | Judge George A. O'Toole Jr.: Electronic ORDER entered granting 35 |

| | | Motion to Continue as to Espel Calixto Jr. (1)Sentencing set for 9/26/2007 02:00 PM in Courtroom 9 before Judge George A. O'Toole Jr. THERE WILL BE NO FURTHER CONTINUANCES ALLOWED BY THIS COURT. (Lyness, Paul) (Entered: 06/22/2007) |
|---|---|---|
| 07/02/2007 | 37 | MOTION for Authorization of Services or Funds *to Retain Psychologist* as to Espel Calixto, Jr. (O'Brien, Francis) (Entered: 07/02/2007) |
| 07/06/2007 | ❏ | Judge George A. O'Toole Jr.: Electronic ORDER entered granting 37 Motion for Authorization of Services or Funds as to Espel Calixto Jr. (1) (Edge, Eugenia) (Entered: 07/06/2007) |
| 09/12/2007 | 39 | Letter/Request for reimbursement of attorney fees or Appointment of Counsel as to Espel Calixto, Jr. (Edge, Eugenia) Additional attachment(s) added on 9/21/2007 (Edge, Eugenia). (Entered: 09/20/2007) |
| 09/13/2007 | ❏ | Reset Hearings as to Espel Calixto, Jr: Sentencing set for 10/9/2007 02:00 PM in Courtroom 9 before Judge George A. O'Toole Jr.. Please mark your calendars accordingly. (Lyness, Paul) (Entered: 09/13/2007) |
| 09/13/2007 | ❏ | Reset Hearings as to Espel Calixto, Jr: Sentencing set for 9/26/2007 02:00 PM in Courtroom 9 before Judge George A. O'Toole Jr.. Please make the change in your calendars. (Lyness, Paul) (Entered: 09/13/2007) |
| 09/18/2007 | 38 | MOTION to Continue *Sentencing Date* to 12/21/2007 as to Espel Calixto, Jr. (O'Brien, Francis) (Entered: 09/18/2007) |
| 09/18/2007 | 40 | Letter (non-motion) regarding Claim at the Bar of Overseers as to Espel Calixto, Jr (Attachments: # 1 Substitution of Counsel of FDO or Alison Cloutier)(Edge, Eugenia) (Entered: 09/20/2007) |
| 09/19/2007 | 41 | Letter (non-motion) regarding Removal of Attorney O'Brien as to Espel Calixto, Jr (Edge, Eugenia) (Entered: 09/20/2007) |
| 09/20/2007 | ❏ | Remark as to Espel Calixto, Jr: The sentence scheduled for 9/26/07 at 2:00pm will be converted to a status conference with regard to counsel. (Lyness, Paul) (Entered: 09/20/2007) |
| 09/26/2007 | ❏ | Electronic Clerk Notes for proceedings held before Judge George A. O'Toole Jr.: Hearing re Re: Counsel as to Espel Calixto, Jr held on 9/26/2007. Sentencing set for 1/15/2008 02:00 PM in Courtroom 9 before Judge George A. O'Toole Jr.. Please mark your calendars accordingly. (Court Reporter Marcia Patrisso.) (Lyness, Paul) (Entered: 09/26/2007) |
| 09/26/2007 | ❏ | Judge George A. O'Toole Jr.: Electronic ORDER entered finding as moot 39 Motion to Appoint Counsel as to Espel Calixto Jr. (1); finding as moot 39 Motion as to Espel Calixto Jr. (1). Defendant will keep his present counsel. (Lyness, Paul) (Entered: 09/27/2007) |
| 09/26/2007 | ❏ | Judge George A. O'Toole Jr.: Electronic ORDER entered granting in open court 38 Motion to Continue as to Espel Calixto Jr. (1) (Lyness, Paul) (Entered: 09/27/2007) |
| 10/04/2007 | 42 | TRANSCRIPT of Status Conference as to Espel Calixto, Jr held on |

| | | September 26, 2007 before Judge O'Toole. Court Reporter: Marcia G. Patrisso. The original transcripts are maintained by the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/737-8728 or the Clerk's Office. (Scalfani, Deborah) (Entered: 10/04/2007) |
|---|---|---|
| 01/02/2008 | 44 | Letter (non-motion) regarding Sentencing as to Espel Calixto, Jr. *Several documents filed with letter contain personal identifiers. (Edge, Eugenia) (Entered: 01/02/2008) |
| 01/10/2008 | 45 | SENTENCING MEMORANDUM by Espel Calixto, Jr (O'Brien, Francis) (Entered: 01/10/2008) |
| 01/10/2008 | 46 | SENTENCING MEMORANDUM by USA as to Espel Calixto, Jr (Asiaf, Lisa) (Entered: 01/10/2008) |
| 01/14/2008 | 47 | SENTENCING MEMORANDUM by USA as to Espel Calixto, Jr (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9) (Asiaf, Lisa) (Entered: 01/14/2008) |
| 01/15/2008 | 49 | RESPONSE TO SENTENCING MEMORANDUM by Espel Calixto, Jr (O'Brien, Francis) (Entered: 01/15/2008) |
| 01/15/2008 | 🖸 | Electronic Clerk Notes for proceedings held before Judge George A. OToole, Jr: Sentencing held on 1/15/2008 for Espel Calixto, Jr. (1), 1, 2-3, 188 months on each of counts 1,2, and 3, to run concurrently with each other. The court recommends to the Bureau of Prisons that the defendant participate in the Bureau of Prisons' 500-Hour Residential Drug Abuse Program. Defendant is remanded. 6 years supervised release on each of counts 1,2, and 3, to run concurrently with each other. Deft. to cooperate in collectioin of DNA; The defendant is not to consume any alcoholic beverages; The defendant is to participate in a program for substance abuse counseling as directed by the United States Probation Office, which program may include testing, not to exceed 104 drug tests per year, to determine whether the defendant has reverted to the use of alcohol or drugs. The defendant shall be required to contribute to the costs of services for such treatment based on the ability to pay or availability of third party payment; The defendant is to participate in a mental health treatment program as directed by the Probation Office. The defendant shall be required to contribute to the costs of services for such treatment based on the ability to pay or availability of third-party payment; Defendant is to attend an anger management program, as directed by the Probation Officer. Defendant is assessed $300.00. No fine imposed. Restitution not applicable... (Court Reporter Marcia Patrisso.) (Attorneys present: For Government: Lisa Asiaf; For Defendant: Francis O'Brien) (Lyness, Paul) (Entered: 01/16/2008) |
| 01/16/2008 | 50 | Judge George A. OToole, Jr: ORDER entered. JUDGMENT as to Espel Calixto, Jr. (1), 188 months on each of counts 1,2, and 3, to run concurrently with each other. The court recommends to the Bureau of Prisons that the defendant participate in the Bureau of Prisons' 500-Hour Residential Drug Abuse Program. Defendant is remanded. 6 years |

| | | supervised release on each of counts 1,2, and 3, to run concurrently with each other. Deft. to cooperate in collection of DNA; The defendant is not to consume any alcoholic beverages; The defendant is to participate in a program for substance abuse counseling as directed by the United States Probation Office, which program may include testing, not to exceed 104 drug tests per year, to determine whether the defendant has reverted to the use of alcohol or drugs. The defendant shall be required to contribute to the costs of services for such treatment based on the ability to pay or availability of third party payment; The defendant is to participate in a mental health treatment program as directed by the Probation Office. The defendant shall be required to contribute to the costs of services for such treatment based on the ability to pay or availability of third-party payment; Defendant is to attend an anger management program, as directed by the Probation Officer. Defendant is assessed $300.00. No fine imposed. Restitution not applicable.; (Lyness, Paul) (Entered: 01/16/2008) |
|---|---|---|
| 01/22/2008 | 51 | NOTICE OF APPEAL by Espel Calixto, Jr re 50 Judgment Filing fee $ 455 (not paid). NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 2/11/2008. (Edge, Eugenia) (Entered: 01/22/2008) |
| 01/25/2008 | 52 | MOTION for Reconsideration re 50 Judgment as to Espel Calixto, Jr. (Edge, Eugenia) (Entered: 01/25/2008) |
| 01/25/2008 | ○ | Judge George A. OToole, Jr: Electronic ORDER entered denying 52 Motion for Reconsideration as to Espel Calixto Jr. (1). Receipt of this entry mailed to defendant at P.C.C.F. (Edge, Eugenia) (Entered: 01/25/2008) |
| 01/28/2008 | 53 | MOTION to Appoint Counsel *for Appeal* as to Espel Calixto, Jr. (O'Brien, Francis) (Entered: 01/28/2008) |
| 01/28/2008 | 54 | MOTION to Withdraw as Attorney by Francis T. O'Brien, Jr.. as to Espel Calixto, Jr. (O'Brien, Francis) (Entered: 01/28/2008) |
| 01/30/2008 | ○ | Judge George A. OToole, Jr: Electronic ORDER entered denying 53 Motion to Appoint Counsel as to Espel Calixto Jr. (1). For want of an affidavit. (Edge, Eugenia) Modified on 1/31/2008 (Edge, Eugenia). (Entered: 01/30/2008) |
| 01/30/2008 | ○ | Judge George A. OToole, Jr: Electronic ORDER entered granting 54 Motion to Withdraw as Attorney. as to Espel Calixto Jr. (1) (Edge, Eugenia) (Entered: 01/30/2008) |
| 01/30/2008 | ○ | Attorney update in case as to Espel Calixto, Jr. Attorney Francis T. O'Brien, Jr terminated. (Edge, Eugenia) (Entered: 01/30/2008) |
| 01/30/2008 | ○ | Application to appeal in forma pauperis mailed to P.C.C.F. to Espel Calixto, Jr. (Edge, Eugenia) (Entered: 01/30/2008) |
| | | |

| 01/30/2008 | 55 | APPLICATION for Leave to Appeal In Forma Pauperis with Affidavit as to Espel Calixto, Jr. (Edge, Eugenia) (Entered: 01/30/2008) |
| 01/31/2008 | | Judge George A. OToole, Jr: Electronic ORDER entered granting 55 Motion for Leave to Appeal In Forma Pauperis as to Espel Calixto Jr. (1) (Edge, Eugenia) (Entered: 01/31/2008) |