UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | Criminal No. 04-10269-GAO |
| ) | |
| ESPEL CALIXTO, JR.   ) | |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

    The United States of America, by and through its attorney, the United States Attorney for the District of Massachusetts, hereby respectfully moves this Court to permit the withdrawal of undersigned as counsel for the government.

                                  Respectfully submitted,

                                  MICHAEL J. SULLIVAN
                                United States Attorney

                By:   */s/ Peter K. Levitt*
                         PETER K. LEVITT
                         Assistant U.S. Attorney

                         Date:  April 3, 2008